**UNITED STATES COURT OF FEDERAL CLAIMS**

| | | |
|---|---|---|
| C.D. HAYES, INC., Plaintiff, v. THE UNITED STATES, Defendant. | ) | No. 01-376C<br>Judge Margaret M. Sweeney |

**JOINT STATUS REPORT**

On November 30, 2006, the Court ordered the parties to confer to develop a proposed schedule for further proceedings concerning the complaint's third, fourth and fifth causes of action. Opinion & Order at 13 (Nov. 30, 2006). Accordingly, plaintiff, C.D. Hayes, Inc., and defendant, the United States, submit this joint status report pursuant to the Court's order.

The parties respectfully request that the Court adopt the following schedule for further proceedings with respect to the remaining counts in the complaint in this action:

| | |
|---|---|
| Fact discovery closes | April 1, 2007 |
| Plaintiff serves expert reports pursuant to RCFC 26(a)(2) | May 1, 2007 |
| Depositions of plaintiff's experts completed | May 20, 2007 |
| Defendant serves expert rebuttal reports | June 1, 2007 |
| Depositions of defendant's experts completed | June 20, 2007 |
| Parties file joint status report concerning further proceedings | July 1, 2007 |

Respectfully submitted:

PETER D. KEISLER
Assistant Attorney General

DAVID M. COHEN
Director

s/ Harold D. Lester, Jr.

HAROLD D. LESTER, JR.
Assistant Director

s/ Garris Neil Yarborough

GARRIS NEIL YARBOROUGH
The Yarborough Law Firm
P.O. Box 705
Fayetteville, NC 28302
(910) 433-4433
(910) 433-2233 (fax)

Attorney for Plaintiff

s/ David A. Harrington

DAVID A. HARRINGTON
Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit
8th Floor
1100 L Street, N.W.
Washington, D.C. 20530
(202) 616-0465
(202) 307-0972 (fax)

Attorneys for Defendant

December 28, 2006

**CERTIFICATE OF FILING**

I hereby certify that on 28th day of December, 2006, a copy of "JOINT STATUS REPORT" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

s/ David A. Harrington