# In the United States Court of Federal Claims

No. 01-376 C
(Filed: January 3, 2007)

| | |
|---|---|
| C.D. HAYES, INC., Plaintiff, | |
| v. | |
| THE UNITED STATES, Defendant. | |

## ORDER

The parties in the above-captioned case filed a joint status report on December 28, 2006, suggesting a schedule for further proceedings concerning plaintiff's third, fourth, and fifth causes of action. The court adopts the following deadlines proposed by the parties:

| | |
|---|---|
| Fact Discovery Closes | **April 1, 2007*** |
| Plaintiff Serves Expert Reports Pursuant to RCFC 26(a)(2) | **May 1, 2007** |
| Depositions of Plaintiff's Experts Completed | **May 20, 2007*** |
| Defendant Serves Rebuttal Expert Reports | **June 1, 2007** |
| Depositions of Defendant's Experts Completed | **June 20, 2007** |
| Parties File Joint Status Report Concerning Further Proceedings | **July 2, 2007**** |

**IT IS SO ORDERED.**

s/ Margaret M. Sweeney
MARGARET M. SWEENEY
Judge

* The court recognizes that these dates fall on a Sunday, but will not disturb the parties' specific request.

** The parties requested to file the joint status report by Sunday, July 1, 2007. The court changed the filing deadline to the next business day: Monday, July 2, 2007.