**UNITED STATES COURT OF FEDERAL CLAIMS**

| | | |
|---|---|---|
| C.D. HAYES, INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | No. 01-376C |
| v. | ) | Judge Margaret M. Sweeney |
| | ) | |
| THE UNITED STATES, | ) | |
| | ) | |
| Defendant. | ) | |

## STATUS REPORT

The United States, on behalf of both parties, respectfully submits this status report pursuant the Court's January 3, 2007 order.

On January 3, 2007, the Court established a discovery schedule and directed the parties to submit a status report concerning further proceedings by July 2, 2007. Order of Judge Margaret M. Sweeney (Jan. 3, 2007). The parties have concluded discovery relating to plaintiff's pending constructive changes claim and commenced settlement negotiations.[1] While the parties believe that these negotiations have a reasonable prospect of success, additional time is needed to continue discussions.

Accordingly, the parties propose that the Court allow negotiations to continue over the next two months and direct that a status report concerning further proceedings be filed with the Court on September 7, 2007.

Respectfully submitted:

PETER D. KEISLER
Assistant Attorney General

---

[1] With plaintiff's approval, the United States has deferred taking a deposition of plaintiff's expert during the parties' settlement negotiations. If the parties are unable to reach an agreement, the United States expects to then take this deposition.

JEANNE E. DAVIDSON
Director

s/ Harold D. Lester, Jr.

HAROLD D. LESTER, JR.
Assistant Director

s/ David A. Harrington

DAVID A. HARRINGTON
Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit
8th Floor
1100 L Street, N.W.
Washington, D.C. 20530
(202) 616-0465
(202) 307-0972 (fax)

Attorneys for Defendant

July 2, 2007

**CERTIFICATE OF FILING**

I hereby certify that on 2nd day of July, 2007, a copy of the foregoing "STATUS REPORT" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

s/ David A. Harrington