# In the United States Court of Federal Claims

No. 01-376 C
(Filed: July 5, 2007)

```
************************************
C.D. HAYES, INC.,                  *
                                   *
                 Plaintiff,        *
                                   *
 v.                                *
                                   *
THE UNITED STATES,                 *
                                   *
                 Defendant.        *
************************************
```

**ORDER**

On July 2, 2007, defendant in the above-captioned case, on behalf of both parties, filed a status report. The status report indicates that the parties have completed discovery and have begun settlement negotiations. The parties request an additional two months to continue their settlement negotiations.

The court is pleased that the parties are attempting to settle the remaining claims in this case. The parties shall file a joint status report **no later than Friday, September 7, 2007**, to update the court on the progress of their settlement discussions. The parties should feel free to contact the court if they require any assistance during their settlement discussions.

**IT IS SO ORDERED.**

s/ Margaret M. Sweeney
MARGARET M. SWEENEY
Judge