**UNITED STATES COURT OF FEDERAL CLAIMS**

| | | |
|---|---|---|
| C.D. HAYES, INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | No. 01-376C |
| v. | ) | Judge Margaret M. Sweeney |
| | ) | |
| THE UNITED STATES, | ) | |
| | ) | |
| Defendant. | ) | |

**STATUS REPORT**

The United States, on behalf of both parties, respectfully submits this status report pursuant the Court's July 5, 2007 order.

The parties are continuing settlement negotiations and believe that their negotiations have a good prospect of success. Additional time is needed to conclude the parties' negotiations. Accordingly, the parties respectfully propose that a status report addressing further proceedings in this action be filed with the Court on October 12, 2007.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

JEANNE E. DAVIDSON
Director

s/ Harold D. Lester, Jr.

HAROLD D. LESTER, JR.
Assistant Director

s/ David A. Harrington

DAVID A. HARRINGTON
Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit
8th Floor
1100 L Street, N.W.
Washington, D.C. 20530
(202) 616-0465
(202) 307-0972 (fax)

September 7, 2007

Attorneys for Defendant

**CERTIFICATE OF FILING**

I hereby certify that on 7th day of September, 2007, a copy of the foregoing "STATUS REPORT" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

s/ David A. Harrington