# In the United States Court of Federal Claims

No. 01-376 C
(Filed: September 10, 2007)

***********************************
C.D. HAYES, INC., *
*
Plaintiff, *
*
v. *
*
THE UNITED STATES, *
*
Defendant. *
***********************************

**ORDER**

On September 7, 2007, defendant in the above-captioned case, on behalf of both parties, filed a status report. The status report indicates that "[t]he parties are continuing settlement negotiations and believe that their negotiations have a good prospect of success." The parties request additional time in which to conduct their negotiations, and propose the filing of a status report on October 12, 2007. The parties' request is **GRANTED**.

Accordingly, the parties shall file a joint status report **no later than Friday, October 12, 2007**, to update the court on the progress of their settlement negotiations.

**IT IS SO ORDERED.**

s/ Margaret M. Sweeney
MARGARET M. SWEENEY
Judge