**UNITED STATES COURT OF FEDERAL CLAIMS**

| | | |
|---|---|---|
| C.D. HAYES, INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | No. 01-376C |
| v. | ) | Judge Margaret M. Sweeney |
| | ) | |
| THE UNITED STATES, | ) | |
| | ) | |
| Defendant. | ) | |

**DEFENDANT'S STATUS REPORT**

The United States respectfully submits this status report pursuant the Court's September 10, 2007 order.[1]

The parties have continued, but have not concluded, settlement negotiations. The United States believes that additional time may allow the parties to reach an agreed settlement. Accordingly, the United States respectfully proposes a two-month period to conclude negotiations. In the event that no settlement has been reached by December 14, 2007, the United States anticipates filing a motion for summary judgment on plaintiff's remaining claims.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

JEANNE E. DAVIDSON
Director

s/ Harold D. Lester, Jr.

HAROLD D. LESTER, JR.
Assistant Director

[1] Undersigned counsel sought to discuss this status report with plaintiff's counsel before filing, but the attempt to reach plaintiff's counsel was unsuccessful.

s/ David A. Harrington

DAVID A. HARRINGTON
Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit
8th Floor
1100 L Street, N.W.
Washington, D.C. 20530
(202) 616-0465
(202) 307-0972 (fax)

October 12, 2007

Attorneys for Defendant

**CERTIFICATE OF FILING**

I hereby certify that on 12th day of October, 2007, a copy of the foregoing "DEFENDANT'S STATUS REPORT" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

s/ David A. Harrington