# In the United States Court of Federal Claims

No. 01-376 C
(Filed: October 18, 2007)

| | |
|---|---|
| C.D. HAYES, INC., | * |
| Plaintiff, | * |
| v. | * |
| THE UNITED STATES, | * |
| Defendant. | * |

## ORDER

In a September 10, 2007 order, the court directed the parties in the above-captioned case to file a joint status report by October 12, 2007, updating the court on the progress of their settlement discussions. Instead of a joint status report, defendant filed a status report indicating that counsel had not been able to discuss the status report with plaintiff prior to filing. In its status report, defendant indicated that the parties have continued their settlement discussions and that additional time for discussion could lead to a settlement. Defendant suggested that the court allow discussions for an additional two months, and that if those two months pass without the parties reaching a settlement, it would file a motion for summary judgment on plaintiff's remaining claims.

Defendant's suggested schedule appears reasonable, but the court will not proceed without a response from plaintiff. Accordingly, by **no later than Friday, October 26, 2007**, plaintiff shall file a status report indicating whether it has any objections to defendant's suggested schedule.

**IT IS SO ORDERED.**

s/ Margaret M. Sweeney
MARGARET M. SWEENEY
Judge