# IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| **C.D. HAYES, INC.,** | ) | |
| Plaintiff, | ) | |
| v. | ) | No. 01-376C |
| **THE UNITED STATES,** | ) | |
| Defendant. | ) | |

## PLAINTIFF'S STATUS REPORT

Pursuant to the Court's September 10, 2007 and October 18, 2007 Order, the Plaintiff respectfully submits this status report:

The parties have reached a tentative settlement, but the documents have not been finalized. The Plaintiff believes that additional time is necessary to finalize the documents related to the settlement and agrees with the Defendant that the matter may be concluded within a two-month period to finalize the documents related to the tentative agreement.

Respectfully submitted, this 20th day of October, 2007.

THE YARBOROUGH LAW FIRM, P.A.

By: /S/ Garris Neil Yarborough

GARRIS NEIL YARBOROUGH
Attorney for Plaintiff
P.O. Box 705
Fayetteville, NC 28302
(910) 433-4433

## CERTIFICATE OF FILING

I hereby certify that a copy of the Plaintiff's Status Report in the above-entitled action was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

This the 20th day of October, 2007.

THE YARBOROUGH LAW FIRM, P.A.

/S/ Garris Neil Yarborough
GARRIS NEIL YARBOROUGH
Attorney for Plaintiff
P.O. Box 705
Fayetteville, NC 28302
(910) 433-4433