# In the United States Court of Federal Claims

No. 01-376 C
(Filed: October 23, 2007)

| | |
|---|---|
| C.D. HAYES, INC., | * |
| | * |
| Plaintiff, | * |
| | * |
| v. | * |
| | * |
| THE UNITED STATES, | * |
| | * |
| Defendant. | * |

## ORDER

Pursuant to the court's October 18, 2007 order, plaintiff in the above-captioned case filed a status report on October 20, 2007. Plaintiff indicated that "[t]he parties have reached a tentative settlement, but the documents have not been finalized," and agreed with defendant's suggestion that "the matter may be concluded within a two-month period . . . ."

Accordingly, the parties shall file a joint status report **no later than Friday, December 14, 2007**, to update the court on the progress of their settlement negotiations. If the parties have been unable to reach a settlement by that date, the parties shall also suggest a schedule for further proceedings.

**IT IS SO ORDERED.**

s/ Margaret M. Sweeney
MARGARET M. SWEENEY
Judge