**UNITED STATES COURT OF FEDERAL CLAIMS**

| | | |
|---|---|---|
| C.D. HAYES, INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | No. 01-376C |
| v. | ) | Judge Margaret M. Sweeney |
| | ) | |
| THE UNITED STATES, | ) | |
| | ) | |
| Defendant. | ) | |

**STATUS REPORT**

The United States, on behalf of both parties, respectfully submits this status report pursuant the Court's October 23, 2007 order.

The parties' settlement negotiations have not successfully resolved this dispute. Although the parties may continue their negotiations, the parties propose that the Court adopt the following briefing schedule for a summary judgment motion by the United States:

| | |
|---|---|
| Summary Judgment Motion Filed by United States | January 25, 2007 |
| Response to Motion Filed by C.D. Hayes | February 25, 2007 |
| Reply in Support of Motion Filed by United States | March 25, 2007 |

The parties further propose that oral argument upon the United States' motion be scheduled at a mutually convenient time after briefing is complete.

Respectfully submitted,

JEFFREY S. BUCHOLTZ
Acting Assistant Attorney General

JEANNE E. DAVIDSON
Director

s/ Harold D. Lester, Jr.

HAROLD D. LESTER, JR.
Assistant Director

s/ David A. Harrington

DAVID A. HARRINGTON
Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit
8th Floor
1100 L Street, N.W.
Washington, D.C. 20530
(202) 616-0465
(202) 307-0972 (fax)

December 14, 2007

Attorneys for Defendant

**CERTIFICATE OF FILING**

I hereby certify that on the 14th day of December, 2007, a copy of the foregoing "STATUS REPORT" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

s/ David A. Harrington