# In the United States Court of Federal Claims

No. 01-376 C
(Filed: December 17, 2007)

***********************************
C.D. HAYES, INC., *
*
Plaintiff, *
*
v. *
*
THE UNITED STATES, *
*
Defendant. *
***********************************

**ORDER**

On December 14, 2007, defendant filed a Status Report, on behalf of both parties, indicating that "settlement negotiations have not successfully resolved this dispute," and requesting that the court adopt a briefing schedule for defendant's motion for summary judgment. The court adopts the parties' suggested schedule,[1] as follows:

- Defendant shall file a motion for summary judgment **no later than Friday, January 25, 2008**.
- Plaintiff shall file a response in opposition to defendant's motion for summary judgment **no later than Monday, February 25, 2008**.
- Defendant shall file a reply in support of its motion for summary judgment **no later than Tuesday, March 25, 2008**.
- Oral argument will be scheduled after the parties have completed briefing.

**IT IS SO ORDERED.**

s/ Margaret M. Sweeney
MARGARET M. SWEENEY
Judge

---

[1] The Status Report sets forth a briefing schedule reflecting 2007 dates. The court assumes that those dates were typographical errors.