**UNITED STATES COURT OF FEDERAL CLAIMS**

| | | |
|---|---|---|
| C.D. HAYES, INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | No. 01-376C |
| v. | ) | (Judge Sweeney) |
| | ) | |
| THE UNITED STATES, | ) | |
| | ) | |
| Defendant. | ) | |

**DEFENDANT'S UNOPPOSED MOTION**
**FOR A THREE-DAY ENLARGEMENT**
**TO FILE ITS MOTION FOR SUMMARY JUDGMENT**

Pursuant to Rules 6(b)(1) and 6.1 of the Rules of the United States Court of Federal Claims ("RCFC"), defendant, the United States, respectfully requests a three-day enlargement of time, to and including January 29, 2008, within which to file its motion for summary judgment. This is our first request for an enlargement for this purpose. Defendant's motion is currently due on January 25, 2008. We have discussed this request with counsel for plaintiff, Garris Neil Yarborough, who consents to this motion.

The additional time is necessary to complete final revisions to our motion, to complete the appendix of documents accompanying defendant's motion for summary judgment and to insert the appendix citations into the text of the motion. Defendant's counsel has provided a draft of the motion for supervisory review. In response to that review, some additional work is necessary before we can make our submission to the Court, and we must still add our references to the appendix pages. Unfortunately, counsel for defendant is out of the office and, as a result, will be unable to address these changes until next week.

Accordingly, the United States respectfully requests that the Court grant an enlargement of three days, to and including January 29, 2008, within which to file defendant's motion for summary judgment.

Respectfully submitted,

JEFFREY S. BUCHOLTZ
Acting Assistant Attorney General

JEANNE E. DAVIDSON
Director

s/ Harold D. Lester, Jr.
HAROLD D. LESTER, JR.
Assistant Director

s/ David A. Harrington by s/ Kenneth D. Woodrow
DAVID A. HARRINGTON
Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit
8th Floor
1100 L Street, N.W.
Washington, D.C. 20530
(202) 307-0277
(202) 307-0972 (fax)

January 25, 2008

Attorneys for Defendant

**CERTIFICATE OF FILING**

I hereby certify that on the 25th day of January 2008, a copy of "Defendant's Unopposed Motion For A Three-Day Enlargement to File Its Motion For Summary Judgment" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

s/ Kenneth D. Woodrow