# In the United States Court of Federal Claims

No. 01-376 C
(Filed: January 28, 2008)

| | |
|---|---|
| ************************************ | |
| C.D. HAYES, INC., | * |
| | * |
| Plaintiff, | * |
| | * |
| v. | * |
| | * |
| THE UNITED STATES, | * |
| | * |
| Defendant. | * |
| ************************************ | |

## ORDER

On January 25, 2008, defendant in the above-captioned case filed a an unopposed motion for enlargement of time, seeking an additional three days in which to file its motion for summary judgment. Defendant's unopposed motion is **GRANTED**. Accordingly, defendant shall file its motion for summary judgment **no later than Tuesday, January 29, 2008**.[1] Further, the court will similarly extend the previously set deadlines for the response and reply. Plaintiff shall file a response in opposition to defendant's motion for summary judgment **no later than Thursday, February 28, 2008**. Defendant shall file a reply in support of its motion for summary judgment **no later than Friday, March 28, 2008**. Oral argument will be scheduled after the parties have completed briefing.

**IT IS SO ORDERED.**

s/ Margaret M. Sweeney
MARGARET M. SWEENEY
Judge

---

[1] Defendant requested a three-day enlargement of its January 25, 2008 deadline. However, defendant also requested that the new deadline be January 29, 2008, which, pursuant to RCFC 6(a), is a two-day enlargement. The court uses the deadline requested by defendant.