No. 01-376C
(Judge Margaret M. Sweeney)

---

IN THE UNITED STATES COURT OF FEDERAL CLAIMS

C.D. HAYES, INC.,

Plaintiff,

v.

THE UNITED STATES,

Defendant.

---

# APPENDIX TO DEFENDANT'S MOTION FOR SUMMARY JUDGMENT

---

JEFFREY S. BUCHOLTZ
Acting Assistant Attorney General

JEANNE E. DAVIDSON
Director

HAROLD D. LESTER, JR.
Assistant Director

DAVID A. HARRINGTON
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit
8th Floor
1100 L Street, N.W.
Washington, D.C. 20530
(202) 616-0465

Attorneys for Defendant

OF COUNSEL:

John Solan
Office of General Counsel
Army & Air Force Exchange Service
P.O. Box 650059 (GC-C)
Dallas, TX 75235-0059

Dated: January 28, 2008

# INDEX TO DEFENDANT'S APPENDIX


| Document | Page |
| --- | --- |
| Excerpts from Contract No. HQ 97-PXC-094 (Dec. 3, 1997) | 1 |
| Contract Amendments 1 to 36 | 15 |
| Application and Certification for Payment (Aug. 4, 1999) | 51 |
| Application and Certification for Payment (Sept. 9, 1999) | 52 |
| Application and Certification for Payment (Nov. 9, 1999) | 53 |
| Bay Electric Company Correspondence | 54 |
| Sprinkle Masonry Inc. Correspondence | 62 |
| Lawson Mechanical Inc. Correspondence | 65 |
| Virginia-Carolina Steel Inc. Correspondence | 70 |
| Termination Letter from Virgil DeArmond to C.D. Hayes, Inc. (June 23, 2000) | 75 |
| Claim Letter from C.D. Hayes, Inc. to AAFES (Sept. 29, 2000) | 76 |
| Declaration of John J. Ancellotti (July 7, 2004) | 89 |
| Exhibit A | 94 |
| Declaration of Paul Kelleher (Aug. 16, 2004) | 95 |
| Declaration of Virgil L. DeArmond (Aug. 16, 2004) | 103 |
| Plaintiff's Response to Def.'s Second Set of Interrogatories (Feb. 1, 2007) | 105 |
| Excerpts from Rule 30(b)(6) Deposition of C.D. Hayes, Inc. (Apr. 4, 2007) | 111 |
| Exhibit 13 from Rule 30(b)(6) Deposition of C.D. Hayes, Inc. (Apr. 4, 2007) | 149A |
| Excerpts from Deposition of Robert Douglas Morris (Apr. 5, 2007) | 150 |

# SOLICITATION/PROPOSAL/AWARD
(CONTRACT FOR CONSTRUCTION)

| ISSUED BY: | CONTRACTING OFFICER |
|---|---|
| Army and Air Force Exchange Service<br>PZ-C (KE)<br>LBJ Freeway<br>Dallas, TX 75234 | PAUL M. KELLEHER<br>TELEPHONE NUMBER<br>972-277-1636 |

## SOLICITATION FOR PROPOSALS

| DATE ISSUED | SOLICITATION NUMBER | PROJECT NUMBER |
|---|---|---|
| 15 September 1997 | AAFES-PZC-95-016-97-060 | 0310-96-007 |

Proposals are solicited for performing all work in strict accordance with the drawings, specifications, schedules and exhibits listed herein. Instructions to offerors for preparation of proposals are contained in the Instructions to Offerors and Conditions of Proposals/Awards. Offerors are cautioned to carefully review the instructions and all requirements of the solicitation. Proposals will be received until 2:00, local time, 15 October 1997 at: General Manager's Office, Ft. Eustis Exchange, Bldg. 1384, Ft. Eustis, Virginia 23604

SCOPE AND LOCATION OF WORK *(Brief Description)*

Project No.0310-96-007, Expand Shopping Center, Ft. Eustis, VA
The project is to expand the existing 50,550 SF Main Exchange building at Ft. Eustis by approx. 60,000 SF. Expansion will include additional Main Exchange/MPA space and a new Personal Services Mall (Including MCSS and Pharmacy) and Food Court with customer toilets on the front of the building. Additional parking will be provided for customer and employees. There is also a separate bid option for providing approx. 129 additional customer parking spaces. This is a phased project (see Section 1014).

Technical questions should be submitted in writing to the Contracting Officer at FAX No. (972) 277-1684 not later than 10 days before the date for submitting proposals.

COMMENCEMENT AND COMPLETION OF WORK
The Contractor will commence work within 10 calendar days after the date of Receipt of Notice to Proceed, shall prosecute work diligently, and shall complete the work within 540 calendar days after the date of Receipt of Notice to Proceed. The time for completion includes final cleanup of premises.

## PROPOSAL (To be completed by Offeror)

In compliance with the above, the undersigned agrees, if this proposal is accepted, to furnish all requirements and perform the work for which the proposal is submitted, at the price(s) and upon the terms and conditions contained in the solicitation and in the proposal. The option period for acceptance of this proposal shall be ____________calendar days (60 calendar days unless a different period is inserted) after the date for receipt of proposals established above.

**OFFEROR REPRESENTS:** ***(Check Appropriate Box)***

(1) That it operates as an ☐ Individual ☐ Partnership ☒ Corporation incorporated in the State or County of Virginia.
(2) That it ☐ is ☒ is not a minority business enterprise AND it ☒ is ☐ is not a small business.
(3) That it ☐ is ☒ is not a women-owned business (as defined on page 3).
(4) That an owner or officer of the firm or the firm of a related firm ☐ has ☒ has not been convicted of a felony.
(5) That an owner or officer of the firm or the firm of a related firm ☐ has ☒ has not been suspended or debarred.

| FULL NAME AND BUSINESS ADDRESS OF OFFEROR (STREET, CITY, STATE AND ZIP CODE OR COUNTRY) | TELEPHONE NUMBER: | |
|---|---|---|
| C.D. Hayes, Inc.<br>1009 Executive Blvd., Suite 100<br>Chesapeake, VA 23320 | 757-547-5575 | |
| | SIGNATURE OF PERSON AUTHORIZED TO SIGN PROPOSAL: [signature] | DATE: 10/15/97 |
| | TYPED OR PRINTED NAME AND TITLE: C. David Hayes, President | |

## ACCEPTANCE AND AWARD (To be completed by AAFES)

CONTRACT AWARDED FOR: [Identify Project(s) and Alternates]

Project No. 0310-96-007, Expand Shopping Center, Ft. Eustis, VA
This contract is awarded subject to Amendment No. One (1) dated 7 October 1997, which is attached hereto and made a part of the contract and includes Option No. One (1), Exhibit F page 2 (additional customer parking spaces) for a cost of $114,405.00.

| CONTRACT NO. | AMOUNT: | DATE |
|---|---|---|
| HQ 97-PZC-094 | $ 5,769,405.00 | 3 DEC 97 |

| SIGNATURE | TYPED NAME |
|---|---|
| [signature] | PAUL M. KELLEHER, C.P.M.<br>CONTRACTING OFFICER - ARMY AND AIR FORCE EXCHANGE SERVICE |

AAFES ELECTRONIC FORM 4450-24 ESR 65-1

DA0001

cF: KDD 10/12/
cF: CF-S

ARMY AND AIR FORCE EXCHANGE SERVICE

## SOLICITATION/PROPOSAL/AWARD (CONSTRUCTION)

### CONTENTS OF SOLICITATION/CONTRACT

solicitation and any resulting contract consists of AAFES FORM 4450-24, Solicitation/Proposal/Award (Contract for Construction), pages 1 through 4 and the exhibits designated as follows:

- [X] EXHIBIT A, General Provisions, AAFES FORM 4450-22 (REV Apr 97 ), Clauses 1 through 66
- [X] EXHIBIT B, Drawings See Index Sheet of Drawings
- [X] EXHIBIT C, Specification For Project No. 0310-96-007 dated 14 July 1997
- [X] EXHIBIT D, Department of Labor Wage Rate Decision No. VA970009, VA 970015, VA970080, 13 Mods, 11 pages
- [X] EXHIBIT E, Notice of Requirement for Affirmative Action to Ensure Equal Elmployment Opportunity (Executive Order 11246), 1 page
- [X] EXHIBIT F, Alterations, 2 pages

### PROPOSAL

Offeror shall enter in the space below a Total Lump Sum Cost Proposal.

**TOTAL LUMP SUM COST PROPOSAL** ▶ $ 5,655,000.00

The offeror must furnish the following itemized work division cost break-out, and a break-out of total labor and total material, with the proposal or furnish it if and when required by the contracting officer.

| DIV NO. | DIVISION TITLE | PROPOSED ($) COST | DIV NO. | DIVISION TITLE | PROPOSED ($) COST |
|---|---|---|---|---|---|
| 1 | GENERAL REQUIREMENTS | | 9 | FINISHES | |
| | ITE WORK AND UTILITIES | | 10 | SPECIALTIES | |
| | CONCRETE | | 11 | EQUIPMENT | |
| 4 | MASONRY | | 12 | FURNISHINGS | |
| 5 | METALS | | 13 | SPECIAL CONSTRUCTION | |
| 6 | CARPENTRY | | 14 | CONVEYING SYSTEM | |
| 7 | MOISTURE PROTECTION | | 15 | MECHANICAL | |
| 8 | DOORS, WINDOWS, GLASS | | 16 | ELECTRICAL | |

**Total Labor Break-Out** $

**Total Material Break-Out** $

In the event of conflict between the total lump sum cost proposal and either the total of the labor and material break-outs or the total of the itemized work division break-out, the total lump sum cost proposal will control.

ALTERNATES: If alternates are identified in this solicitation, enter price(s) in the spaces below.

| | PRICE(S) ($) | | PRICE(S) ($) |
|---|---|---|---|
| OPTION 1 - SEE EXHIBIT F PAGE 2 | | | |
| | | | |
| | | | |
| | | | |

**TOTAL ALTERNATES** ▶ $114405.00

AMENDMENT(S) TO SOLICITATION/CONTRACT: (Unless otherwise acknowledged in accordance with AAFES FORM 4400-18, acknowledge the amendment(s) by identifying the number and date below)

endment No.1 Dated October 7, 1997

OFFEROR [signature] C. Davi ayes, President



DA0002

EXHIBIT A

ARMY & AIR FORCE EXCHANGE SERVICE

GENERAL PROVISIONS
(Contract for Construction)

(April 97)

INDEX

1. Authority to Bind(JAN 94)
2. Legal Status(AUG 92)
3. Procurement Integrity, Gratuities and Contingent Fees (AUG 92)
4. Officials Not to Benefit(MAY 79)
5. Contractor Personnel a Representatives (JAN 94)
6. Composition of Contractor(SEP 91)
7. Assignment (JAN 94)
8. Permits and Responsibilities(SEP91)
9. Federal, State, Local and Foreign Taxes (JAN 91)
10. Inconsistencies (SEP 91)
11. Hold Harmless (May 89)
12. Examination of Records (MAR 94)
13. Insurance (MAR 95)
14. Additional Security (SEP 91)
15. Conditions Affecting the Work
16. Site Investigation (SEP 91)
17. Differing Site Conditions (SEP 91)
18. Specifications and Drawings(SEP 91)
19. Base Lines and Grades (Sep 91)
20. Performance of Work by Contractor
21. Contractor Supervision (SEP 91)
22. Materials and Workmanship (SEP 91)
23. Availability and Use of Utility Services (SEP 91)
24. Operation and Storage Areas(SEP 91)
25. Maintenance of Premises (SEP 91)
26. Cleaning Up (SEP 91)
27. Protection of Material and Work
28. Protection of Existing Vegetation Structures, and Improvements (SEP 91)
29. Environmental Protection (MAR 94)
30. Identification of Employees(SEP91)
31. Accident Prevention (SEP 91)
32. Schedule and Progress (SEP 91)
33. Inspection (SEP 91)
34. Other Contracts (SEP 91)
35. AAFES-Furnished Property (SEP 91)
36. Changes (SEP 91)
37. Pricing of Adjustments (MAR 95)
38. Modification (SEP 91)
39. Modification Proposals/Price Breakdown (APR 97)
40. Disputes (OCT 95)
41. Termination for Default--Damages for Delay--Time Extensions (SEP 91)
42. Nonwaiver of Defaults(SEP91)
43. Termination for Convenience Of AAFES (SEP 91)
44. Suspension of Work (SEP91)
45. Payments (SEP 91)
46. Final Inspection and Acceptance (SEP 91)
47. Drug-Free Workplace(MAR 94).
48. Warranty of Construction
49. Davis-Bacon Act (SEP 91)
50. Contract Work Hours and Safety Standards Act--Overtime Compensation(SEP91)
51. Apprentices and Trainees
52. Compliance with Copeland Act Requirements (SEP 91)
53. Payrolls and Basic Records
54. Withholding (SEP 91)
55. Subcontracts (SEP 91)
56. Contract Termination--Debarment (SEP 91)
57. Disputes Concerning Labor Standards (SEP 91)
58. Convict Labor (SEP 91)
59. Affirmative Action for Handicapped Workers (SEP 91)
60. Affirmative Action for Disabled Veterans and Veterans of the Vietnam Era
61. Equal Opportunity (SEP 91)
62. Standard Federal Equal For Employment Opportunity Construction Contract Specifications (Executive Order 11246)(SEP 91)
63. Notice to AAFES of Labor Disputes (SEP 91)
64. Representatives (SEP 91)
65. Restrictions on Purchases of Foreign Goods (OCT 96)

EXHIBIT A

ARMY & AIR FORCE EXCHANGE SERVICE

GENERAL PROVISIONS
(Contract for Construction)

(April 97)

INDEX (continued)


66. Contractor's General Environmental Compliance (Apr 97)
67. Fines or Penalties for Environmental Non-Compliance (Apr 97)
68. Contractor's Liability for Environmental Damages (Apr 97)
69. Federal Compliance with Right-to-Know and Pollution Prevention Laws (Apr 97)
70. Recycled Materials (Apr 97)
71. Asbestos (Apr 97)
72. Polychlorinated Biphenyl's (PCBs) (Apr 97)
73. Lead-Based Paint (Apr 97)
74. Ozone-Depleting Substances (Apr 97)
75. Contaminated Soil or Groundwater (Apr 97)
76. Unexploded Munitions (Apr 97)
7. Unexpected Artifacts or Relics (Apr 97)

GENERAL PROVISIONS

(Contract for Construction)

1. AUTHORITY TO BIND (JAN 94).

a. "Contracting Officer" means a person authorized by the Commander, AAFES to execute and administer contracts, purchase orders, or other agreements on behalf of AAFES. Only contracting officers may waive or change contract terms; impose additional contract requirements; issue cure, show-cause and termination notices; issue claims against contractors, and issue final decisions on contractor claims.

b. Other AAFES and government officials may be authorized by the contracting officer to perform actions of an administrative nature, forwarding requests for contract changes to the contracting officer; collecting contract payments, and processing routine documents. These officials are not contracting officers, as defined in a. above.

c. AAFES has no obligation to recognize or accept waivers or changes to this contract that result from the actions of officials other than the contracting officer. Claims based on such actions may be denied. Questions concerning the authority of other AAFES or government officials should be referred to the contracting officer.

**2. LEGAL STATUS (AUG 92).** The Army and Air Force Exchange Service, including its activities, offices, individual exchanges and overseas exchange systems, is an integral part of the Departments of the Army and the Air Force and is a nonappropriated fund instrumentality of the United States Government. AAFES contracts are United States contracts; however, they do not obligate appropriated funds of the United States except for a judgment or a compromise settlement in suits brought under the provisions of the Contract Disputes Act (41 USC 601-613), in which event the AAFES will reimburse the United States Government (31 USC 1304(c)). (NOTE: AAFES procurement policy is established by the Department of Defense and the Army and Air Force in DoD Directive 4105.67, AR 60-10/AFR 147-7, and AR 60-20/AFR 147-14. The Armed Forces Procurement Act, Federal Property and Administrative Services Act and Federal Acquisition Regulations do not apply to AAFES due to its status as a nonappropriated fund instrumentality).

**3. PROCUREMENT INTEGRITY, GRATUITIES AND CONTINGENT FEES (Aug 92).**

a. By submission of an offer or performance of this contract, the offeror or contractor certifies with respect to this AAFES purchase action:

(1) that no discussion or offer or promise of future employment or business opportunity has been or will be made to AAFES civilian or military personnel who participated personally and substantially in the purchase;

(2) that no offer, promise or gift of any gratuity, entertainment, money, or other thing of value, will be made to any AAFES officer or employee or any other officer or employee of the United States Government or member of their family or household;

structure or facility involved under this contract, the contractor shall submit to the contracting officer as-built prints showing the aforementioned data. If the contractor fails to maintain the record drawings as required herein, the contracting officer will deduct from the monthly progress payment an amount representing the estimated monthly cost of maintaining the record drawings and will continue deduction of the 10% retainage even after completion of the contract. In addition, final payment with respect to separately placed facilities or the contract as a whole will be withheld until proper as-built drawings have been furnished to the contracting officer.

f. Shop drawings for construction means drawings, submitted to AAFES by the contractor, subcontractor or any lower tier subcontractor pursuant to a construction contract, showing in detail, (1) the proposed fabrication and assembly of structural elements and (2) the installation (i.e. form, fit and attachment details) of materials or equipment. AAFES may duplicate, use and disclose in any manner and for any purpose shop drawings delivered under this contract. The subparagraph "f" shall be included in all subcontracts hereunder at any tier.

**19. BASE LINES AND GRADES (SEP 91).** The contractor shall lay out his/her work from base lines and grades established by AAFES and shall be responsible for all measurements in connection therewith. The contractor shall, at his/her own expense, furnish all stakes, templates, platforms, equipment and ranges and labor that may be required in setting and cutting, or laying out any part of the work. The contractor will be held responsible for the proper execution of the work to such lines and grades as may be established or indicated by the contracting officer, and all stakes or other marks thus established shall be preserved by him/her until their removal is authorized by the contracting officer. The contracting officer will furnish, on request from the contractor, all location and limit marks reasonably necessary for the conduct of the work.

**20. PERFORMANCE OF WORK BY CONTRACTOR (SEP 91).** The general contractor will perform on-site work with its own labor force in an amount equal to at least 15% of the total contract amount. This 15% is to be direct labor and materials cost excluding job-site supervision and overhead.

**21. CONTRACTOR SUPERVISION (SEP 91).**

a. At all times during construction, the contractor will have a qualified competent full-time job superintendent acceptable to the contracting officer on the job site. This superintendent will be granted full authority to act for the contractor in areas relating to performance of the contract by the contractor's and subcontractors' forces.

b. In addition to the superintendent, on contracts that exceed $1,000,000; the contractor will have one or more foremen, as the number of trades working may dictate, on the job to provide first hand supervision of its own work force.

c. If the contractor fails to provide the project management as required by this clause the contracting officer may make a determination of the dollar value of the management and deduct this amount from the contract.

**22. MATERIALS AND WORKMANSHIP (SEP 91).**

a. Unless otherwise specifically provided in this contract, all equipment, material and articles incorporated in the work covered by this contract are to be new and of the most suitable grade for the purpose i nded. Unless otherwise specifically provided in this contract, i rence to any equipment, material, article or patented process, by trade name, make or catalog number, shall be regarded as establishing a standard of quality and shall not be construed as limiting competition, and the contractor may, at his/her option, use any equipment, material, article, or process which, in the judgment of the contracting officer is equal to that named. The contractor shall furnish to the contracting officer for his/her approval the name of the manufacturer, the model number and other identifying data and information respecting the performance, capacity, nature and rating of the machinery and mechanical and other equipment which the contractor contemplates incorporating in the work. When required by this contract or when called for by the contracting officer, the contractor shall furnish the contracting officer for approval, full information concerning the material or articles which he/she contemplates incorporating the work. When so directed, samples shall be submitted for approval at the contractor's expense, with all shipping charges prepaid. Machinery, equipment, material and articles installed are used without required approval shall be at the risk of subsequent rejection.

b. Contractor shall not incorporate in the work any salvaged material except upon prior written approval of the contracting officer. If salvage material is accumulated during construction or installation, contractor shall adequately store and safeguard the same and shall not remove such material from the premises or site of the work without prior written consent of the contracting officer. Contractor shall not acquire title to any such salvaged material except by prior written consent of the racting officer.

c. Contractor warrants that no materials imported or produced with Economic Cooperation Act or Mutual Security Act funds in the country where the work is located will be used or incorporated in the construction work.

d. All work under this contract shall be performed in a skillful and workmanlike manner. The contracting officer may, in writing, require the contractor to remove from the work any employee the contracting officer deems incompetent, careless, undesirable for security reasons, or otherwise objectionable.

e. All materials acquired by the contractor in the performance of this contract shall immediately become the property of AAFES upon that acquisition. The contractor has sole responsibility for all such material and workmanship to include the restoration of any damaged work. AAFES does not waive the right to require the fulfillment of all of the terms of the contract. Risk of loss shall be borne by the contractor until such time as the project is accepted by AAFES pursuant to Clause 46 of this contract.

23. **AVAILABILITY AND USE OF UTILITY SERVICES (SEP 91).**

a. To the extent that work is being performed on a government facility or installation, the government will make available to the contractor, from existing outlets and supplies, all reasonably required amounts of utilities. The specifications of this contract will stipulate her or not there will be a charge for utilities.

b. Where there is a charge for utilities used in performing work on a government facility or installation, each utility shall be paid for by the

subparagraph "c" hereof, except for reasonable wear and tear and except to the extent that such property is consumed in the performance of this contract.

f. Access. AAFES and any persons designated by it, shall at all reasonable times have access to the premises wherein any AAFES property is located, for the purpose of inspecting AAFES' property.

g. Restoration of Contractor's Premises. Unless otherwise provided herein, AAFES:

(1) may abandon any AAFES property in place, and thereupon all obligations of AAFES regarding such abandoned property shall cease; and

(2) shall not be under any duty or obligation to restore or rehabilitate, or to pay the costs of the restoration or rehabilitation of the contractor's plant or any portion thereof which is affected by the abandonment or removal of any AAFES property.

**36. CHANGES (SEP 91).**

a. The contracting officer may, at any time, without notice to the sureties, by written order designated or indicated to be a change order, make and change in the work within the general scope of the contract, including but not limited to changes:

(1) in the specifications (including drawings and designs);

(2) in the method or manner of performance of the work;

(3) in AAFES-furnished facilities, equipment, materials, services or site; or

(4) directing acceleration in the performance of the work.

b. Any other written order or an oral order (which terms as used in this subparagraph "b" shall include direction, instruction, interpretation or determination) from the contracting officer, which causes any such change, shall be treated as a change order under this clause, provided that the contractor gives the contracting officer written notice stating the date, circumstances, and source of the order and that the contractor regards the order as a change order.

c. Except as herein provided, no order, statement or conduct of the contracting officer shall be treated as a change under this clause or entitle the contractor to an equitable adjustment hereunder.

d. If any change under this clause causes an increase or decrease in the contractor's cost of, or the time required for, the performance of any part of the work under this contract, whether or not changed by any order, an equitable adjustment shall be made and the contract modified in writing accordingly; provided, however, that except for claims based on defective specifications, no claim for any change under subparagraph "b" above shall be allowed for any cost incurred more than 20 days before the contractor gives written notice as therein required; and provided further, that in the case of defective specifications for which AAFES is responsible, the equitable adjustment shall include any increased cost reasonably incurred by the contractor in attempting to comply with such defective specifications.

e. If the contractor intends to assert a claim for an equitable adjustment under this clause, he/she must, within 30 days after receipt of a written change order in accordance with subparagraph "a" above or the f ishing of a written notice under subparagraph "b" above, submit to the c racting officer a written statement setting forth the general nature and monetary extent of such claim, unless this period is extended by the contracting officer. The statement of claim hereunder may be included in the notice under subparagraph "b" above.

f. No claim by the contractor for an equitable adjustment hereunder shall be allowed if asserted after final payment under this contract.

**37. PRICING OF ADJUSTMENTS (SEP 91).**

a. Pursuant to the clause entitled "changes" herein, when the contracting officer directs the contractor to perform changes that result in an increase in the cost to the contractor, the contracting officer will make an appropriate adjustment to the contract price. In no event shall any delays or extensions of time (other than suspensions of work covered by Clause 44) be construed as a reason or justification for payment of extra compensation to the contractor except as provided by this clause. The adjusted amount will only include reimbursement of direct (labor, material and supplies) costs plus the indirect (overhead/profit) cost percentage factors below. Indirect costs will be reimbursed according to the nature, extent, and complexity of the work involved, but in no case will reimbursement exceed the following:

| | OVER HEAD | PROFIT | COMMIS-SION |
|---|---|---|---|
| (1) Percentage allowed: To the contractor on work performed by other than its own forces............................ | None | None | 8% |
| To the contractor and/or the subcontractors for that portion of the work performed with THEIR RESPECTIVE FORCES. | 10% | 8% | None |

(2) The above allowable percentages for indirect costs cover profit, commission and all home office and field overhead (including but not limited to extended and unabsorbed overhead) expenses; insurance; bonds; field and office supervisors, assistants and staff; field offices and storage or work shelters; small tools and all other job burdens incidental to the trade. It shall include all compensation for these costs including changes which involve an extension of time for completion of the work.

(3) No more than three (3) of the above percentages will be allowed on any change regardless of the number of subcontractor tiers involved. That is, the markup on work subcontracted will be limited to one (1) overhead and one (1) profit percentage in addition to the general contractor's commission. Commission is defined to include all field and office overhead and profit of the general contractor. Subcontractors are not allowed to take a commission, overhead or profit on work subcontracted by them. A profit overhead commission is not authorized and will not be allowed on employer's Social Security Tax. The allowable percentages will be individually applied to the direct costs exclusive of other indirect s allowed.

(4) On changes involving both increases and decreases, the overhead, profit, and commission will be allowed on the net increase only.

DA0009

A credit for overhead, profit and commission will not normally be required on changes that involve a decrease only.

b. The contractor will submit an itemized breakdown for each change that will include, but is not limited to, the following:

(1) Material and supplies - quantities and unit prices.
(2) Equipment (refer to "c" below).
(3) Labor costs - by trade.
(4) Taxes - except Social Security Taxes.
(5) Overhead.
(6) Profit.
(7) Commission.
(8) Social Security Tax.

c. The rates payable for equipment will not exceed the rates established in the Corps of Engineer's manual titled: "Construction Equipment Ownership and Operating Expenses Schedule" current edition for the region in which the work occurs.

**38. MODIFICATION (SEP 91).** This contract may not be modified orally. Any modification must be accomplished with the same formalities as are required for the execution of this contract.

**39. MODIFICATION PROPOSALS/PRICE BREAKDOWN (APR 97).** The contractor, in connection with any proposal he/she makes for a contract modification, shall furnish a price breakdown, itemized as required by the contracting officer. Unless otherwise directed, the breakdown shall be in sufficient detail to permit an analysis of all material, labor, equipment, subcontract and overhead costs, as well as profit; and shall cover all work involved in the modification, whether such work was deleted, added or changed. Any amount claimed for subcontracts shall be supported by a similar price breakdown. In addition, if the proposal includes a time extension, a justification therefor shall also be furnished. The proposal, together with the price breakdown and time extension justification, shall be furnished by the date specified by the contracting officer.

**40. DISPUTES (OCT 95).**

a. This contract is subject to the Contract Disputes Act of 1978, as amended (41 U.S.C. 601-613). Except as provided in the Act, all disputes arising under or relating to this contract shall be resolved under this clause.

b. "Claim" as used in this clause means a written demand or written assertion by one of the contracting parties seeking the payment of money in a sum certain or other relief arising under or relating to this contract. A voucher, invoice, or other routine request for payment that is not in dispute when submitted is not a claim under the Contract Disputes Act.

c. A claim by the contractor shall be made in writing and, unless otherwise stated in this contract, submitted within six years after accrual of the claim to the contracting officer for a written decision. A claim by the government against the contractor shall be made by a written decision by the contracting officer.

d. For contractor claims exceeding $100,000, the contractor shall submit with the claim a signed certification that:

herein). However, no adjustment will be made under this clause for any suspension, delay or interruption to the extent (1) that performance would have been so suspended, delayed or interrupted by any other cause, ᵢ `uding the fault or negligence of the contractor, or (2) for which an ᵢ ᵢstment is provided for or excluded under any other provision of this contract.

c. The amount payable for home office overhead will not exceed the amount established by the following formula:

| | | |
|---|---|---|
| Amount of contract at award X 4% / Performance period specified in contract at time of award | = | Per Calendar day home-office overhead rate |

d. The amount payable for field overhead will be based on the actual payrolls, costs of equipment made idle (the rate will not exceed rates established in the Corps of Engineer's manual titled "Construction Equipment Ownership and Operating Expenses Schedule") and by actual invoices reflecting cost. No overhead figure will be paid for small tools. If work is suspended, delayed, or interrupted in part the extended overhead will be prorated by the contracting officer based on the actual versus the planned progress considering the reason for suspension.

**45. PAYMENTS (SEP 91).**

a. Progress Payments

(1) A contractor may submit no more than one request for ᵢ ȷress payments each month. The original request must be sent to the contracting officer, and complete copies of the request, with all supporting documentation, must simultaneously be provided to the AAFES agents (specified by the contracting officer to perform contract surveillance, (e.g., on-site A/E inspector and A/E's home office), and to the contractor's surety(s) for contracts over $25,000.

(2) To be considered proper for payment purposes, each progress payment request must:

(a) be submitted on the American Institute of Architects (AIA) Application and Certificate of Payment/Forms G702 and G702A, unless other forms are authorized in writing by the contracting officer. The monthly payment request must include the information specified on the authorized forms and must always include a breakdown of the total contract price, showing the price for each principal category of work and the percentage of completion of each category as of the date of payment request. Reasonable quantities of approved material delivered to the site for incorporation into the project may be considered in submitting a request for progress payment. AAFES reserves the right to reject such material after payment is made for it in the event the material does not conform to contract requirements. If the contractor submits a request which includes material delivered to the site and if AAFES pays (less retainage) for the material, title to 100% of the material included in the request will pass to AAFES. Preparatory work and material delivered off-ₑ cannot be considered in submitting a request for progress payment, ₑss the contracting officer gives the contractor written permission;

DA0011

(b) contain the complete mailing address where payment is to be sent, and the name, title, and phone number of the contractor's authorized representative;

AND

© contain the following certification, signed by the contractor's authorized representative:

"I hereby certify, to the best of my knowledge and belief, that -

(1) the amounts requested are only for performance in accordance with the specifications, terms, and conditions of the contract;

(2) payments to subcontractors and suppliers have been made from any previous payments received under the contract, and timely payments will be made from the proceeds of the payment covered by this certification, in accordance with subcontract agreements and the requirements of the Prompt Payment Act, Chapter 39, Title 31, United States Code; and

(3) this request for payment does not include any amounts which the prime contractor intends to withhold or retain from a subcontractor or supplier in accordance with the terms and conditions of the subcontract."

________________________________
(Name, Title, and Date)

(3) The contracting officer, or others on behalf of the contracting officer, may request additional information or evidence verifying the contractor's payment request before determining that a payment request is proper.

(4) Any request for progress or final payment which is determined to be improper by the contracting officer will be mailed or otherwise returned to the contractor within 7 calendar days after receipt, with a statement identifying the defects in the request. In the event AAFES takes more than 7 calendar days to return an improper request, the number of days available to AAFES to make timely payment after it has received a corrected, proper request will be reduced by the number of calendar days over 7 which it took AAFES to return the improper request.

(5) Upon receipt of a proper request for progress payment, that is, a request which meets all procedural/format requirements set forth above, the contractor is entitled to receive a progress payment (less retainage) in accordance with the provisions in the Date of Payment paragraphs below. Nevertheless, even if a payment request is procedurally proper, the amount of any progress payment made as a result of a proper request is discretionary with the contracting officer, based upon his/her reasonable evaluation of the quantity of work performed by the contractor, whether such work on the contact up to that point meets contract requirements, and other relevant factors. After receiving a procedurally proper request for progress payment, the contracting officer may, in his discretion, pay only that portion of the amount requested as he/she has determined should appropriately be paid.

(a) The contracting officer may consider information from any source available in determining whether a request is proper and the amount

which should be paid. If the contractor's surety(s) fails to object to the contractor's request for progress payment within 7 calendar days, this will be construed as agreement by the surety(s) that the request accurately r ects progress on the job.

(b) The contracting officer's determination to make payment pursuant to a request for progress payment does not release the contractor from the obligation to comply with all contract terms, nor does it imply "acceptance" of the work in terms of contract performance.

b. Retainage

Ten percent will be withheld as retainage from any net amount which the contracting officer determines is appropriate for a progress payment. The contracting officer may increase retainage if it appears AAFES may have a claim against the contractor arising under the contract, pending final resolution or a contracting officer's final decision. When the work is substantially complete, the contracting officer may, at his/her discretion, retain any amount required for the protection of AAFES and shall release the balance.

c. Final Payment

Final payment will be made after:

(1) completion of all contract performance, including all punch list items;

(2) submission of all manuals, warranties, as-built drawings, and )r required submissions in acceptable form, as required by the contract ifications;

(3) final inspection and acceptance by AAFES; and

(4) submission of a proper request for final payment with appropriate release of all claims against the U.S. Government and AAFES arising under the contract, other than claims that have been filed in writing with the contracting officer and that are specifically excepted by the contractor from release. A proper request for final payment must meet the requirements set out above in paragraph a. for requests for progress payments and contain an additional certification that the requirements set our above in paragraph c.(1) through (3) have been met.

d. Date for Payment

Payment of progress payments and final payment will be made no later then 30 calendar days after receipt by the contracting officer of a proper request, as set out in the above paragraphs. The date of payment is the date on the check issued in payment or the date an electronic transfer is made.

e. Interest

(1) AAFES will pay interest to the contractor as required by the Prompt Payment Act if the contractor complies with the above paragraphs but nent is made later than 30 days after receipt of a proper request for nent, provided that no interest is payable under the Prompt Payment Act for periods of time when there is a disagreement between AAFES and the

contractor over issues concerning compliance with the terms of the contract.

(2) When interest is owed under the Prompt Payment Act, it will accrue beginning the day after the due date through the payment date, or until one year, or until the contractor files a proper certified claim under the Disputes Clause of the contract, whichever occurs first.

f. Unearned Amounts Paid to Contractor

(1) Contractor will pay interest to AAFES as specified in the Prompt Payment Act for amounts requested and paid under the contract provisions, when the payment requested and paid exceeded the amount which the contractor was authorized to request under the contract.

(2) Interest will be payable from the date of the AAFES payment until the overpayment is received from contractor, payment is made by AAFES of a reduced amount reflecting the erroneous request for payment by contractor, or the contract performance deficiency is corrected, if appropriate.

g. Required Subcontract Clauses

(1) Contractor agrees to include in each of its subcontracts for property or services, entered into for the purpose of performing this AAFES contract, the following subcontract clauses, as further specified in the Prompt Payment Act, 31 U.S.C. 3901, et seq., as amended:

(a) a payment clause which obligates the contractor to pay all subcontractors, including materialmen, for satisfactory performance not later than 7 calendar days after receipt of payment from AAFES out of such amounts as are paid to the contractor under this AAFES contract;

(b) an interest penalty clause which obligates the contractor to pay to each subcontractor an interest penalty for each payment not made in accordance with the payment clause for the time period and at the rate specified in the Prompt Payment Act: and

© a clause requiring each subcontractor to include, in each of its subcontracts, payment and interest penalty clauses conforming to the same standards referenced in subsections a and b above and to require each of its subcontractors to include such clauses in their subcontracts with each lower-tier subcontractor.

(2) The Prompt Payment Act requires AAFES to require the contractor to comply with additional requirements as set forth in the Act. Contractor promises to comply with these requirements, which include but are not limited to:

(a) providing specified notices and requiring its subcontractors to provide such notices when payment is to be withheld by the contractor from a subcontractor or by a subcontractor from a lower-tier subcontractor;

(b) providing specified notices and taking action, to include payment of interest to AAFES, in the event that the contractor receives an unauthorized payment, as when the contractor receives payment for work which it later determines was not in accordance with the contract terms.

Army & Air Force Exchange Service

# AMENDMENT OF SOLICITATION/CONTRACT (AGREEMENT)

PAGE 1 OF PAGES 1

1. AMENDMENT OF: [ ] SOLICITATION [X] CONTRACT (AGREEMENT)

TATION / CONTRACT NUMBER: HQ 97-PZC-094

AMENDMENT NUMBER: ONE (1)

## 2. IF A SOLICITATION AMENDMENT

REFER TO SECTION 1 INSTRUCTIONS TO OFFERORS" ON REVERSE OF THIS FORM AND THE FOLLOWING AS INDICATED:

[ ] a. The time and date specified for receipt of proposals is:

[ ] Not extended

[ ] Extended until (local time at place of receipt of proposals)

Hour ______ , Date ______

[ ] b. The above solicitation is modified as set forth in Block 4 below.

## 3. IF A CONTRACT AMENDMENT

REFER TO SECTION II INSTRUCTIONS TO CONTRACTORS" ON REVERSE OF THIS FORM AND THE FOLLOWING AS INDICATED:

[ ] a. The expiration date of the above contract is changed: FROM ______ TO ______

[X] b. The above contract is:

[ ] Not further modified

[X] Modified as set forth in Block 4 below:

## 4. DESCRIPTION OF AMENDMENT

Project No. 0310-96-007, Expand Shopping Center, Ft. Eustis, VA

a. Pursuant to General Provisions, provide for the following change order:

**Provide 10' X 40' office with two additional phone lines and indoor toilet facilities for 18-month period.** **INCREASE $9,159.00**

FUNDING APPROVED BY CF-C/MURAYAMA ON 28 Jan 98.

b. The total amount is changed from $5,769,405.00 to $5,778,564.00; an increase of $9,159.00.

**c. The foregoing decrease/increase in contract price is in full settlement of all entitlements directly or indirectly arising out of these changes .**

**d. This amendment confirms agreement between the parties as to cost increase resulting from changes listed herein.**

//////////////////////////////////////////////////LAST ITEM//////////////////////////////////////////////////////////////////

IN ALL OTHER RESPECTS, THE TERMS AND CONDITIONS OF THE SOLICITATION/CONTRACT, AS AMENDED, REMAIN IN FULL FORCE AND EFFECT.

## SIGNATURES

5. NAME AND ADDRESS OF OFFEROR/CONTRACTOR (Street, City, County, State and Zip Code)

C. D. Hayes, Inc.
1009 Executive Blvd., Suite 100
Chesapeake, VA 23320

6. ISSUED BY:

ARMY AND AIR FORCE EXCHANGE SERVICE
ATTN: PZ-C (KE)
PO BOX 225887
DALLAS TX 75222-5887

File KDD GC CF-BC

| SIGNATURE OF PERSON AUTHORIZED TO SIGN | DATE | SIGNATURE OF CONTRACTING OFFICER | DATE |
|---|---|---|---|
| [signature] | 2/2/98 | [signature] | 9FEB98 |

OR PRINTED NAME AND TITLE: C DAVID HAYES, PRES.

TYPED OR PRINTED NAME OF CONTRACTING OFFICER: PAUL M. KELLEHER, C.P.M.

*AAFES FORM 4400-18 (test) (PZ LAN version only)*

Army & Air Force Exchange Service

# AMENDMENT OF SOLICITATION/CONTRACT (AGREEMENT)

PAGE 1 OF PAGES 1

1. AMENDMENT OF: [ ] SOLICITATION [X] CONTRACT (AGREEMENT)

SOLICITATION / CONTRACT NUMBER: HQ 97-PZC-094

AMENDMENT NUMBER: TWO (2)

**2. IF A SOLICITATION AMENDMENT**
REFER TO SECTION 1 INSTRUCTIONS TO OFFERORS" ON REVERSE OF THIS FORM AND THE FOLLOWING AS INDICATED:

[ ] a. The time and date specified for receipt of proposals is:

[ ] Not extended

[ ] Extended until (local time at place of receipt of proposals)
Hour ______ , Date ______

[ ] b. The above solicitation is modified as set forth in Block 4 below.

**3. IF A CONTRACT AMENDMENT**
REFER TO SECTION II INSTRUCTIONS TO CONTRACTORS" ON REVERSE OF THIS FORM AND THE FOLLOWING AS INDICATED:

[ ] a. The expiration date of the above contract is changed:
FROM ______ TO ______

[X] b. The above contract is:

[ ] Not further modified

[X] Modified as set forth in Block 4 below:

**4. DESCRIPTION OF AMENDMENT**

**Project No. 0310-96-007, Expand Shopping Center, Ft. Eustis, VA**

**a. Pursuant to General Provisions, provide for the following change order:**

**CO#03 - Remove 7.7 cu. yds. of exposed aggregate exterior wall and 756 sq. ft. of interior wall.** — **INCREASE $2,450.00**

**CO#04 - Remove existing sidewalk at east end of building adjacent to existing Mechanical Yard, and sidewalk leading to existing employee entrance.** — **INCREASE $2,132.68**

**FUNDING APPROVED BY CF-C/MURAYAMA ON 23 Feb 98.**

**b. The total amount is changed from $5,778,564.00 to $5,783,146.68; an increase of $4,582.68.**

**c. The foregoing decrease/increase in contract price is in full settlement of all entitlements directly or indirectly arising out of these changes .**

**d. This amendment confirms agreement between the parties as to cost increase resulting from changes listed herein.**
**////////////////////////////////////////////////////LAST ITEM////////////////////////////////////////////////////////////////////////////////**

IN ALL OTHER RESPECTS, THE TERMS AND CONDITIONS OF THE SOLICITATION/CONTRACT, AS AMENDED, REMAIN IN FULL FORCE AND EFFECT.

SIGNATURES

5. NAME AND ADDRESS OF OFFEROR/CONTRACTOR (Street, City, County, State and Zip Code)

C. D. Hayes, Inc.
1009 Executive Blvd., Suite 100
Chesapeake, VA 23320

6. ISSUED BY:

ARMY AND AIR FORCE EXCHANGE SERVICE
ATTN: PZ-C (KE)
PO BOX 225887
DALLAS TX 75222-5887

CF: [handwritten initials]

| SIGNATURE OF PERSON AUTHORIZED TO SIGN | DATE | SIGNATURE OF CONTRACTING OFFICER | DATE |
|---|---|---|---|
| [signature] | 3/3/98 | [signature] | 6MAR98 |

TYPED OR PRINTED NAME AND TITLE: C DAVID HAYES PRES

TYPED OR PRINTED NAME OF CONTRACTING OFFICER: PAUL M. KELLEHER, C.P.M.

AAFES FORM 4400-18 (test) (PZ LAN version only)

Army & Air Force Exchange Service

# AMENDMENT OF SOLICITATION/CONTRACT (AGREEMENT)

PAGE 1 OF PAGES 1

1. AMENDMENT OF: ☐ SOLICITATION ☒ CONTRACT (AGREEMENT)

| S ATION / CONTRACT NUMBER: HQ 97-PZC-094 | AMENDMENT NUMBER: THREE (3) |
|---|---|

**2. IF A SOLICITATION AMENDMENT**
REFER TO SECTION 1 INSTRUCTIONS TO OFFERORS" ON REVERSE OF THIS FORM AND THE FOLLOWING AS INDICATED:

☐ a. The time and date specified for receipt of proposals is:
☐ Not extended
☐ Extended until (local time at place of receipt of proposals)
Hour Date

☐ b. The above solicitation is modified as set forth in Block 4 below.

**3. IF A CONTRACT AMENDMENT**
REFER TO SECTION II IINSTRUCTIONS TO CONTRACTORS" ON REVERSE OF THIS FORM AND THE FOLLOWING AS INDICATED:

☐ a. The expiration date of the above contract is changed:
FROM TO

☒ b. The above contract is:
☐ Not further modified
☒ Modified as set forth in Block 4 below:

**4. DESCRIPTION OF AMENDMENT**

**Project No. 0310-96-007, Expand Shopping Center, Ft. Eustis, VA**

**a. Pursuant to General Provisions, provide for the following change order:**

**CO#06 - Relocate primary staging area fencing, add top rails, add shade cloth along Washington Ave. (from gate to gate). Add shade cloth around entire perimeter of secondary staging area.** **INCREASE $5,345.00**

**FUNDING APPROVED BY CF-C/MURAYAMA ON 6 Mar 98.**

**b. The total amount is changed from $5,783,146.68 to $5,788,491.68; an increase of $5,345.00.**

**c. The foregoing decrease/increase in contract price is in full settlement of all entitlements directly or indirectly arising out of these changes .**

**d. This amendment confirms agreement between the parties as to cost increase resulting from changes listed herein.**
**////////////////////////////////////////////////////LAST ITEM/////////////////////////////////////////////////////////////////////////////**

IN ALL OTHER RESPECTS, THE TERMS AND CONDITIONS OF THE SOLICITATION/CONTRACT, AS AMENDED, REMAIN IN FULL FORCE AND EFFECT.

SIGNATURES

| 5. NAME AND ADDRESS OF OFFEROR/CONTRACTOR (Street, City, County, State and Zip Code) | | 6. ISSUED BY: | |
|---|---|---|---|
| C. D. Hayes, Inc.<br>1009 Executive Blvd., Suite 100<br>Chesapeake, VA 23320 | | ARMY AND AIR FORCE EXCHANGE SERVICE<br>ATTN: PZ-C (KE)<br>PO BOX 225887<br>DALLAS TX 75222-5887 | File CC CF-C KDD CF-SWA |
| SIGNATURE OF PERSON AUTHORIZED TO SIGN: [signature] | DATE: 3/16/98 | SIGNATURE OF CONTRACTING OFFICER: [signature] | DATE: 29 Apr 98 |
| TYPED OR PRINTED NAME AND TITLE: C DAVID HAYES PRES | | TYPED OR PRINTED NAME OF CONTRACTING OFFICER: WADE RACZYNSKI | |

AAFES FORM 4400-18 (test) (PZ LAN version only)

Army & Air Force Exchange Service

# AMENDMENT OF SOLICITATION/CONTRACT (AGREEMENT)

PAGE 1 OF PAGES 1

1. AMENDMENT OF: ☐ SOLICITATION ☒ CONTRACT (AGREEMENT)

| S ATION / CONTRACT NUMBER: | AMENDMENT NUMBER: |
|---|---|
| HQ 97-PZC-094 | FOUR (4) |

**2. IF A SOLICITATION AMENDMENT**
REFER TO SECTION 1 INSTRUCTIONS TO OFFERORS" ON REVERSE OF THIS FORM AND THE FOLLOWING AS INDICATED:

☐ a. The time and date specified for receipt of proposals is:
☐ Not extended
☐ Extended until (local time at place of receipt of proposals)
Hour ______ Date ______

☐ b. The above solicitation is modified as set forth in Block 4 below.

**3. IF A CONTRACT AMENDMENT**
REFER TO SECTION II INSTRUCTIONS TO CONTRACTORS" ON REVERSE OF THIS FORM AND THE FOLLOWING AS INDICATED:

☐ a. The expiration date of the above contract is changed: FROM ______ TO ______

☒ b. The above contract is:
☐ Not further modified
☒ Modified as set forth in Block 4 below:

**4. DESCRIPTION OF AMENDMENT**

**Project No. 0310-96-007, Expand Shopping Center, Ft. Eustis, VA**

**a. Pursuant to General Provisions, provide for the following change order:**

**CO#010 - Reroute existing electrical feed to parking lot lighting currently located under floor slab recently removed.** **INCREASE $2,330.00**

**FUNDING APPROVED BY CF-C/MURAYAMA ON 17 Mar 98.**

**b. The total amount is changed from $5,788,491.68 to $5,790,821.68; an increase of $2,330.00.**

**c. The foregoing decrease/increase in contract price is in full settlement of all entitlements directly or indirectly arising out of these changes .**

**d. This amendment confirms agreement between the parties as to cost increase resulting from changes listed herein.**
**////////////////////////////////////////////////////LAST ITEM////////////////////////////////////////////////////////////////////////////////**

IN ALL OTHER RESPECTS, THE TERMS AND CONDITIONS OF THE SOLICITATION/CONTRACT, AS AMENDED, REMAIN IN FULL FORCE AND EFFECT.

SIGNATURES

5. NAME AND ADDRESS OF OFFEROR/CONTRACTOR (Street, City, County, State and Zip Code)

C. D. Hayes, Inc.
1009 Executive Blvd., Suite 100
Chesapeake, VA 23320

6. ISSUED BY:

ARMY AND AIR FORCE EXCHANGE SERVICE
ATTN: PZ-C (KE)
PO BOX 225887
DALLAS TX 75222-5887

File
CC
CF-DC
KTID
CF-Swift

| SIGNATURE OF PERSON AUTHORIZED TO SIGN | DATE | SIGNATURE OF CONTRACTING OFFICER | DATE |
|---|---|---|---|
| [signature] | 3/20/98 | [signature] | 9 Apr 98 |

| TYPED OR PRINTED NAME AND TITLE | TYPED OR PRINTED NAME OF CONTRACTING OFFICER |
|---|---|
| C DAVID HAYES PRES | PAUL M. KELLEHER, C.P.M. |

*AAFES FORM 4400-18 (test) (PZ LAN version only)*

Army & Air Force Exchange Service

# AMENDMENT OF SOLICITATION/CONTRACT (AGREEMENT)

PAGE 1 OF PAGES 1

1. AMENDMENT OF: ☐ SOLICITATION ☒ CONTRACT (AGREEMENT)

SOLICITATION / CONTRACT NUMBER: HQ 97-PZC-094

AMENDMENT NUMBER: FIVE (5)

**2. IF A SOLICITATION AMENDMENT**
REFER TO SECTION 1 INSTRUCTIONS TO OFFERORS" ON REVERSE OF THIS FORM AND THE FOLLOWING AS INDICATED:

☐ a. The time and date specified for receipt of proposals is:

☐ Not extended

☐ Extended until (local time at place of receipt of proposals)
Hour ______ Date ______

☐ b. The above solicitation is modified as set forth in Block 4 below.

**3. IF A CONTRACT AMENDMENT**
REFER TO SECTION II INSTRUCTIONS TO CONTRACTORS" ON REVERSE OF THIS FORM AND THE FOLLOWING AS INDICATED:

☐ a. The expiration date of the above contract is changed:
FROM ______ TO ______

☒ b. The above contract is:

☐ Not further modified

☒ Modified as set forth in Block 4 below:

**4. DESCRIPTION OF AMENDMENT**

**Project No. 0310-96-007, Expand Shopping Center, Ft. Eustis, VA**

**a. Pursuant to General Provisions, provide for the following change order:**

**CO#011 - Doors, windows and framing system color/finishing changed from clear anodized aluminum to bronze anodized aluminum to agree with installation design guide.** **INCREASE $14,729.00**

**FUNDING APPROVED BY CF-C/BERNHARD/MURAYAMA ON 13 Apr 98.**

**b. The total amount is changed from $5,790,821.68 to $5,805,550.68; an increase of $14,729.00.**

**c. The foregoing decrease/increase in contract price is in full settlement of all entitlements directly or indirectly arising out of these changes .**

**d. This amendment confirms agreement between the parties as to cost increase resulting from changes listed herein.**
**///////////////////////////////////////////////////LAST ITEM///////////////////////////////////////////////////////////////////////////////**

IN ALL OTHER RESPECTS, THE TERMS AND CONDITIONS OF THE SOLICITATION/CONTRACT, AS AMENDED, REMAIN IN FULL FORCE AND EFFECT.

SIGNATURES

| 5. NAME AND ADDRESS OF OFFEROR/CONTRACTOR (Street, City, County, State and Zip Code) | 6. ISSUED BY: |
|---|---|
| C. D. Hayes, Inc.<br>1009 Executive Blvd., Suite 100<br>Chesapeake, VA 23320 | ARMY AND AIR FORCE EXCHANGE SERVICE<br>ATTN: PZ-C (KE)<br>PO BOX 225887<br>DALLAS TX 75222-5887 |

file CC CF-C KDP CFS W/#

| SIGNATURE OF PERSON AUTHORIZED TO SIGN | DATE | SIGNATURE OF CONTRACTING OFFICER | DATE |
|---|---|---|---|
| [signature] | 5/4/98 | [signature] | 12 MAY 98 |
| TYPED OR PRINTED NAME AND TITLE: C. David Hayes, President | | TYPED OR PRINTED NAME OF CONTRACTING OFFICER: PAUL M. KELLEHER, C.P.M. | |

*AAFES FORM 4400-18 (test) (PZ LAN version only)*

DA0019

Army & Air Force Exchange Service

# AMENDMENT OF SOLICITATION/CONTRACT (AGREEMENT)

PAGE 1 OF PAGES 1

1. AMENDMENT OF: ☐ SOLICITATION ☒ CONTRACT (AGREEMENT)

SOLICITATION / CONTRACT NUMBER: HQ 97-PZC-094

AMENDMENT NUMBER: SIX (6)

**2. IF A SOLICITATION AMENDMENT**
REFER TO SECTION 1 INSTRUCTIONS TO OFFERORS" ON REVERSE OF THIS FORM AND THE FOLLOWING AS INDICATED:

☐ a. The time and date specified for receipt of proposals is:

☐ Not extended

☐ Extended until (local time at place of receipt of proposals)
Hour Date

☐ b. The above solicitation is modified as set forth in Block 4 below.

**3. IF A CONTRACT AMENDMENT**
REFER TO SECTION II INSTRUCTIONS TO CONTRACTORS" ON REVERSE OF THIS FORM AND THE FOLLOWING AS INDICATED:

☐ a. The expiration date of the above contract is changed:
FROM TO

☒ b. The above contract is:

☐ Not further modified

☒ Modified as set forth in Block 4 below:

**4. DESCRIPTION OF AMENDMENT**

**Project No. 0310-96-007, Expand Shopping Center, Ft. Eustis, VA**

**a. Pursuant to General Provisions, provide for the following change order:**

**CO#18 - Modify existing Phase I sprinkler system to accommodate actual field conditions. Existing sprinkler line too small. INCREASE $ 1,724.00**

**CO#22 - Provide complete curb and gutter installation. Replace unsuitable soil under curb and gutter. INCREASE $20,559.00**

**FUNDING APPROVED BY CF-C/BERNHARD/MURAYAMA ON 11 May 98.**

**b. The total amount is changed from $5,805,550.68 to $5,827,833.68; an increase of $22,283.00.**

**c. The foregoing decrease/increase in contract price is in full settlement of all entitlements directly or indirectly arising out of these changes .**

**d. This amendment confirms agreement between the parties as to cost increase resulting from changes listed herein.**
**////////////////////////////////////////////////////LAST ITEM////////////////////////////////////////////////////**

IN ALL OTHER RESPECTS, THE TERMS AND CONDITIONS OF THE SOLICITATION/CONTRACT, AS AMENDED, REMAIN IN FULL FORCE AND EFFECT.

SIGNATURES

5. NAME AND ADDRESS OF OFFEROR/CONTRACTOR (Street, City, County, State and Zip Code)

C. D. Hayes, Inc.
1009 Executive Blvd., Suite 100
Chesapeake, VA 23320

6. ISSUED BY:

ARMY AND AIR FORCE EXCHANGE SERVICE
ATTN: PZ-C (KE)
PO BOX 225887
DALLAS TX 75222-5887

File
GC
CF-C
CF-S
KUD

| SIGNATURE OF PERSON AUTHORIZED TO SIGN | DATE | SIGNATURE OF CONTRACTING OFFICER | DATE |
|---|---|---|---|
| [signature] | 5/21/98 | [signature] | 15 JUNE 98 |

TYPED OR PRINTED NAME AND TITLE: C D HAYES PRES

TYPED OR PRINTED NAME OF CONTRACTING OFFICER: PAUL M. KELLEHER, C.P.M.

*AAFES FORM 4400-18 (test) (PZ LAN version only)*

Army & Air Force Exchange Service

# AMENDMENT OF SOLICITATION/CONTRACT (AGREEMENT)

PAGE 1 OF PAGES 1

1. AMENDMENT OF: ☐ SOLICITATION ☒ CONTRACT (AGREEMENT)

| TATION / CONTRACT NUMBER: | AMENDMENT NUMBER: |
|---|---|
| HQ 97-PZC-094 | SEVEN (7) |

**2. IF A SOLICITATION AMENDMENT**
REFER TO SECTION 1 INSTRUCTIONS TO OFFERORS" ON REVERSE OF THIS FORM AND THE FOLLOWING AS INDICATED:

☐ a. The time and date specified for receipt of proposals is:
- ☐ Not extended
- ☐ Extended until (local time at place of receipt of proposals) Hour ______ Date ______

☐ b. The above solicitation is modified as set forth in Block 4 below.

**3. IF A CONTRACT AMENDMENT**
REFER TO SECTION II IINSTRUCTIONS TO CONTRACTORS" ON REVERSE OF THIS FORM AND THE FOLLOWING AS INDICATED:

☐ a. The expiration date of the above contract is changed: FROM ______ TO ______

☒ b. The above contract is:
- ☐ Not further modified
- ☒ Modified as set forth in Block 4 below:

**4. DESCRIPTION OF AMENDMENT**

**Project No. 0310-96-007, Expand Shopping Center, Ft. Eustis, VA**

**a. Pursuant to General Provisions, provide for the following change order:**

**CO#14 - Provide undercut footings for Phase I due to unforeseen soil conditions. INCREASE $1,027.00**

**FUNDING APPROVED BY CF-C/BERNHARD ON 13 May 98.**

**e total amount is changed from $5,827,833.68 to $5,828,860.68; an increase of $1,027.00.**

**c. The foregoing decrease/increase in contract price is in full settlement of all entitlements directly or indirectly arising out of these changes .**

**d. This amendment confirms agreement between the parties as to cost increase resulting from changes listed herein.**
////////////////////////////////////////////////////////LAST ITEM////////////////////////////////////////////////////////////////////////////

IN ALL OTHER RESPECTS, THE TERMS AND CONDITIONS OF THE SOLICITATION/CONTRACT, AS AMENDED, REMAIN IN FULL FORCE AND EFFECT.

## SIGNATURES

| 5. NAME AND ADDRESS OF OFFEROR/CONTRACTOR (Street, City, County, State and Zip Code) | 6. ISSUED BY: |
|---|---|
| C. D. Hayes, Inc.<br>1009 Executive Blvd., Suite 100<br>Chesapeake, VA 23320 | ARMY AND AIR FORCE EXCHANGE SERVICE<br>ATTN: PZ-C (KE)<br>PO BOX 225887<br>DALLAS TX 75222-5887 |

file 6C; CF-C CF-S w/ IFT ICVD

| SIGNATURE OF PERSON AUTHORIZED TO SIGN | DATE | SIGNATURE OF CONTRACTING OFFICER | DATE |
|---|---|---|---|
| [signature] | 5/25/97 | [signature] | 15 JUNE 98 |
| OR PRINTED NAME AND TITLE: C. David Hayes, President | | TYPED OR PRINTED NAME OF CONTRACTING OFFICER: PAUL M. KELLEHER, C.P.M. | |

AAFES FORM 4400-18 (test) (PZ LAN version only)

Army & Air Force Exchange Service

# AMENDMENT OF SOLICITATION/CONTRACT (AGREEMENT)

PAGE 1 OF PAGES 1

1. AMENDMENT OF: [ ] SOLICITATION [X] CONTRACT (AGREEMENT)

SOLICITATION / CONTRACT NUMBER: HQ 97-PZC-094

AMENDMENT NUMBER: EIGHT (8)

**2. IF A SOLICITATION AMENDMENT**
REFER TO SECTION 1 INSTRUCTIONS TO OFFERORS" ON REVERSE OF THIS FORM AND THE FOLLOWING AS INDICATED:

[ ] a. The time and date specified for receipt of proposals is:

[ ] Not extended

[ ] Extended until (local time at place of receipt of proposals)
Hour Date

[ ] b. The above solicitation is modified as set forth in Block 4 below.

**3. IF A CONTRACT AMENDMENT**
REFER TO SECTION II INSTRUCTIONS TO CONTRACTORS" ON REVERSE OF THIS FORM AND THE FOLLOWING AS INDICATED:

[ ] a. The expiration date of the above contract is changed:
FROM TO

[X] b. The above contract is:

[ ] Not further modified

[X] Modified as set forth in Block 4 below:

**4. DESCRIPTION OF AMENDMENT**

Project No. 0310-96-007, Expand Shopping Center, Ft. Eustis, VA

a. Pursuant to General Provisions, provide for the following change order:

CO#16 - Demolish existing concrete bond beam and CMU course below at existing door. Install new 8" CMU and pour new concrete turn-down edge into new CMU. Dowel new slab to existing per detail 8/S9. NO INCREASE

APPROVED BY CF-C/BERNHARD ON 6 Jun 98.

b. As there is no additional cost, the amount is not changed and remains $5,828,860.68.

c. The foregoing decrease/increase in contract price is in full settlement of all entitlements directly or indirectly arising out of these changes .

d. This amendment confirms agreement between the parties as to cost increase resulting from changes listed herein.

//////////////////////////////////////////////LAST ITEM//////////////////////////////////////////////

IN ALL OTHER RESPECTS, THE TERMS AND CONDITIONS OF THE SOLICITATION/CONTRACT, AS AMENDED, REMAIN IN FULL FORCE AND EFFECT.

SIGNATURES

5. NAME AND ADDRESS OF OFFEROR/CONTRACTOR (Street, City, County, State and Zip Code)

C. D. Hayes, Inc.
1009 Executive Blvd., Suite 100
Chesapeake, VA 23320

6. ISSUED BY:

ARMY AND AIR FORCE EXCHANGE SERVICE
ATTN: PZ-C (KE)
PO BOX 225887
DALLAS TX 75222-5887

file GC CF-C CF-S/AIA KDD

| SIGNATURE OF PERSON AUTHORIZED TO SIGN | DATE | SIGNATURE OF CONTRACTING OFFICER | DATE |
|---|---|---|---|
| [signature] | 7/27/98 | [signature] | 31 JULY 98 |

| TYPED OR PRINTED NAME AND TITLE | TYPED OR PRINTED NAME OF CONTRACTING OFFICER |
|---|---|
| CD Hayes Pres | PAUL M. KELLEHER, C.P.M. |

AAFES FORM 4400-18 (test) (PZ LAN version only)

Army & Air Force Exchange Service

# AMENDMENT OF SOLICITATION/CONTRACT (AGREEMENT)

PAGE 1 OF PAGES 1

1 AMENDMENT OF: ☐ SOLICITATION ☒ CONTRACT (AGREEMENT)

S... ATION / CONTRACT NUMBER: HQ 97-PZC-094

AMENDMENT NUMBER: NINE (9)

**2. IF A SOLICITATION AMENDMENT**
REFER TO SECTION 1 INSTRUCTIONS TO OFFERORS" ON REVERSE OF THIS FORM AND THE FOLLOWING AS INDICATED:

☐ a. The time and date specified for receipt of proposals is:

☐ Not extended

☐ Extended until (local time at place of receipt of proposals)
Hour ______ , Date ______

☐ b. The above solicitation is modified as set forth in Block 4 below.

**3. IF A CONTRACT AMENDMENT**
REFER TO SECTION II IINSTRUCTIONS TO CONTRACTORS" ON REVERSE OF THIS FORM AND THE FOLLOWING AS INDICATED:

☐ a. The expiration date of the above contract is changed:
FROM ______ TO ______

☒ b. The above contract is:

☐ Not further modified

☒ Modified as set forth in Block 4 below:

**4. DESCRIPTION OF AMENDMENT**

**Project No. 0310-96-007, Expand Shopping Center, Ft. Eustis, VA**

**a. Pursuant to General Provisions, provide for the following change order:**

| | | | |
|---|---|---|---|
| CO#9 | - Delete motorized operation for all overhead rolling grilles in concession area. | DECREASE | $4,562.00 |
| CO#15 | - Provide switches according to RFP. | INCREASE | $ 320.00 |
| CO#19 | - Change mortar setting bed for quarry tile. | INCREASE | $1,835.00 |
| CO#25 | - Change quarry tile from double abrasive to plain. | DECREASE | $1,983.00 |
| CO#34 | - Undercut 83 cubic yards of unsuitable subgrade at Phase II building pad adjacent to east end of building 1384. | INCREASE | $2,250.00 |

**APPROVED BY CF-C/BERNHARD ON 27 Jun 98.**

**b. The total amount is changed from $5,828,860.68 to $5,826,720.68, a decrease of $2,140.00.**

**c. The foregoing decrease/increase in contract price is in full settlement of all entitlements directly or indirectly arising out of these changes .**

**d. This amendment confirms agreement between the parties as to cost increase resulting from changes listed herein.**
//////////////////////////////////////////////////////LAST ITEM//////////////////////////////////////////////////////////////////////////////////

IN ALL OTHER RESPECTS, THE TERMS AND CONDITIONS OF THE SOLICITATION/CONTRACT, AS AMENDED, REMAIN IN FULL FORCE AND EFFECT.

**SIGNATURES**

5. NAME AND ADDRESS OF OFFEROR/CONTRACTOR (Street, City, County, State and Zip Code)

C. D. Hayes, Inc.
1009 Executive Blvd., Suite 100
Chesapeake, VA 23320

6. ISSUED BY:

ARMY AND AIR FORCE EXCHANGE SERVICE
ATTN: PZ-C (KE)
PO BOX 225887
DALLAS TX 75222-5887

File: GC CF-C CF-Swift KDB

| SIGNATURE OF PERSON AUTHORIZED TO SIGN | DATE | SIGNATURE OF CONTRACTING OFFICER | DATE |
|---|---|---|---|
| [signature] | 7/8/98 | [signature] | 14 Jul 98 |

TYPED OR PRINTED NAME AND TITLE: CD Hayes Pres

TYPED OR PRINTED NAME OF CONTRACTING OFFICER: PAUL M. KELLEHER, C.P.M.

*AAFES FORM 4400-18 (test) (PZ LAN version only)*

Army & Air Force Exchange Service

# AMENDMENT OF SOLICITATION/CONTRACT (AGREEMENT)

PAGE 1 OF PAGES 1

1. AMENDMENT OF: ☐ SOLICITATION ☒ CONTRACT (AGREEMENT)

…ATION / CONTRACT NUMBER: HQ 97-PZC-094

AMENDMENT NUMBER: TEN (10)

**2. IF A SOLICITATION AMENDMENT**
REFER TO SECTION 1 INSTRUCTIONS TO OFFERORS" ON REVERSE OF THIS FORM AND THE FOLLOWING AS INDICATED:

☐ a. The time and date specified for receipt of proposals is:
- ☐ Not extended
- ☐ Extended until (local time at place of receipt of proposals)
  Hour ______ , Date ______

☐ b. The above solicitation is modified as set forth in Block 4 below.

**3. IF A CONTRACT AMENDMENT**
REFER TO SECTION II INSTRUCTIONS TO CONTRACTORS" ON REVERSE OF THIS FORM AND THE FOLLOWING AS INDICATED:

☐ a. The expiration date of the above contract is changed: FROM ______ TO ______

☒ b. The above contract is:
- ☐ Not further modified
- ☒ Modified as set forth in Block 4 below:

**4. DESCRIPTION OF AMENDMENT**

**Project No. 0310-96-007, Expand Shopping Center, Ft. Eustis, VA**

**a. Pursuant to General Provisions, provide for the following change order:**

| | |
|---|---|
| **CO#32 - Provide roof drain and overflow drain at new Mech/Elec room.** | **INCREASE $ 2,482.00** |
| **CO#33 - Credit for removal, storage and reinstallation of existing ceiling tile; and removal of existing ceiling tile and grid and provide new tile and grid.** | **INCREASE $52,920.00** |

**APPROVED BY CF-C/BERNHARD/MURAYAMA ON 20 Jul 98.**

**b. The total amount is changed from $5,826,720.68 to $5,882,122.68, an increase of $55,402.00.**

**c. The foregoing decrease/increase in contract price is in full settlement of all entitlements directly or indirectly arising out of these changes .**

**d. This amendment confirms agreement between the parties as to cost increase resulting from changes listed herein.**
**//////////////////////////////////////////////////LAST ITEM//////////////////////////////////////////////////////////////////**

IN ALL OTHER RESPECTS, THE TERMS AND CONDITIONS OF THE SOLICITATION/CONTRACT, AS AMENDED, REMAIN IN FULL FORCE AND EFFECT.

## SIGNATURES

5. NAME AND ADDRESS OF OFFEROR/CONTRACTOR (Street, City, County, State and Zip Code)

C. D. Hayes, Inc.
1009 Executive Blvd., Suite 100
Chesapeake, VA 23320

6. ISSUED BY:

ARMY AND AIR FORCE EXCHANGE SERVICE
ATTN: PZ-C (KE)
PO BOX 225887
DALLAS TX 75222-5887

File 6C CF-C CF-W KMD

| SIGNATURE OF PERSON AUTHORIZED TO SIGN | DATE | SIGNATURE OF CONTRACTING OFFICER | DATE |
|---|---|---|---|
| [signature] | 7/24/98 | [signature] | 29 JUL 98 |

TYPED OR PRINTED NAME AND TITLE: CD Hayes, Pres

TYPED OR PRINTED NAME OF CONTRACTING OFFICER: PAUL M. KELLEHER, C.P.M.

Army & Air Force Exchange Service

# AMENDMENT OF SOLICITATION/CONTRACT (AGREEMENT)

PAGE 1 OF PAGES 1

1. AMENDMENT OF: ☐ SOLICITATION ☒ CONTRACT (AGREEMENT)

TATION / CONTRACT NUMBER: HQ 97-PZC-094

AMENDMENT NUMBER: ELEVEN (11)

**2. IF A SOLICITATION AMENDMENT**
REFER TO SECTION 1 INSTRUCTIONS TO OFFERORS" ON REVERSE OF THIS FORM AND THE FOLLOWING AS INDICATED:

☐ a. The time and date specified for receipt of proposals is:

☐ Not extended

☐ Extended until (local time at place of receipt of proposals)
Hour Date

☐ b. The above solicitation is modified as set forth in Block 4 below.

**3. IF A CONTRACT AMENDMENT**
REFER TO SECTION II INSTRUCTIONS TO CONTRACTORS" ON REVERSE OF THIS FORM AND THE FOLLOWING AS INDICATED:

☐ a. The expiration date of the above contract is changed:
FROM TO

☒ b. The above contract is:

☐ Not further modified

☒ Modified as set forth in Block 4 below:

**4. DESCRIPTION OF AMENDMENT**

**Project No. 0310-96-007, Expand Shopping Center, Ft. Eustis, VA**

**a. Pursuant to General Provisions, provide for the following change order:**

| | | | |
|---|---|---|---|
| CO#12 | Delete 7 ea Type E fixtures, add 6 ea Type A & A1 fixtues, delete 4 ea Type B and B1 fixtures, add 4 ea 2x2 lay in troffers and re-route circuitry, conduit, wire & boxes. | DECREASE | $ 132.00 |
| #20 | Change door D49 from 12' to 10'. | INCREASE | $ 665.00 |
| #23 | Delete contractor installation of AAFES-furnished dressing rooms. | DECREASE | $ 567.00 |
| CO#24 | Remove portion of existing roof overhang of old ODL room over new Mech/ Elec room and provide material and labor to tie in existing roof to new constructiion. | INCREASE | $2,718.00 |
| CO#26 | Delete misc. wallcoverings & provide misc. paint. | INCREASE | $ 690.00 |
| CO#27 | Delete demolition of existing brick veneer. | DECREASE | $2,775.00 |

**APPROVED BY CF-C/BERNHARD/MURAYAMA ON 21 Aug 98.**

**b. The total amount is changed from $5,882,122.68 to $5,882,721.68, an increase of $599.00.**

**c. The foregoing decrease/increase in contract price is in full settlement of all entitlements directly or indirectly arising out of these changes .**

**d. This amendment confirms agreement between the parties as to cost increase resulting from changes listed herein.**

//////////////////////////////////////////////////LAST ITEM//////////////////////////////////////////////////////////////////////////

IN ALL OTHER RESPECTS, THE TERMS AND CONDITIONS OF THE SOLICITATION/CONTRACT, AS AMENDED, REMAIN IN FULL FORCE AND EFFECT.

**SIGNATURES**

5. NAME AND ADDRESS OF OFFEROR/CONTRACTOR (Street, City, County, State and Zip Code)

C. D. Hayes, Inc.
1009 Executive Blvd., Suite 100
Chesapeake, VA 23320

6. ISSUED BY:

ARMY AND AIR FORCE EXCHANGE SERVICE
ATTN: PZ-C (KE)
PO BOX 225887
DALLAS TX 75222-5887

file cc CF-C CF-S w/A KOD

SIGNATURE OF PERSON AUTHORIZED TO SIGN: [signature] DATE: 8/25/98

SIGNATURE OF CONTRACTING OFFICER: [signature] DATE: 3SEP98

TYPED OR PRINTED NAME AND TITLE: CD Hayes Pres

TYPED OR PRINTED NAME OF CONTRACTING OFFICER: PAUL M. KELLEHER, C.P.M.

AAFES FORM 4400-18 (test) (PZ LAN version only)

Army & Air Force Exchange Service

# AMENDMENT OF SOLICITATION/CONTRACT (AGREEMENT)

PAGE 1 OF PAGES 1

1. AMENDMENT OF: ☐ SOLICITATION ☒ CONTRACT (AGREEMENT)

SOLICITATION / CONTRACT NUMBER: HQ 97-PZC-094

AMENDMENT NUMBER: TWELVE (12)

**2. IF A SOLICITATION AMENDMENT**
REFER TO SECTION 1 INSTRUCTIONS TO OFFERORS" ON REVERSE OF THIS FORM AND THE FOLLOWING AS INDICATED:

☐ a. The time and date specified for receipt of proposals is:
☐ Not extended
☐ Extended until (local time at place of receipt of proposals)
Hour ______ , Date ______

☐ b. The above solicitation is modified as set forth in Block 4 below.

**3. IF A CONTRACT AMENDMENT**
REFER TO SECTION II IINSTRUCTIONS TO CONTRACTORS" ON REVERSE OF THIS FORM AND THE FOLLOWING AS INDICATED:

☐ a. The expiration date of the above contract is changed:
FROM ______ TO ______

☒ b. The above contract is:
☐ Not further modified
☒ Modified as set forth in Block 4 below:

**4. DESCRIPTION OF AMENDMENT**

**Project No. 0310-96-007, Expand Shopping Center, Ft. Eustis, VA**

**a. Pursuant to General Provisions, provide for the following change order:**

**CO#38 - Delete "Exchange", "Customer Service", "Cashier" and "Mall/Parking" signage. DECREASE $311.00**
**CO#43 - Change roof hatch from 36' x 72" to 30" x 48". DECREASE $ 82.00**

**APPROVED BY CF-C/BERNHARD ON 16 October 1998.**

**b. The total amount is changed from $5,882,721.68 to $5,882,328.68; a decrease of $393.00.**
**c. The foregoing decrease/increase in contract price is in full settlement of all entitlements directly or indirectly arising out of these changes .**
**d. This amendment confirms agreement between the parties as to cost increase resulting from changes listed herein.**
**////////////////////////////////////////////////////LAST ITEM////////////////////////////////////////////////////////////////////////**

IN ALL OTHER RESPECTS, THE TERMS AND CONDITIONS OF THE SOLICITATION/CONTRACT, AS AMENDED, REMAIN IN FULL FORCE AND EFFECT.

## SIGNATURES

5. NAME AND ADDRESS OF OFFEROR/CONTRACTOR (Street, City, County, State and Zip Code)

C. D. Hayes, Inc.
1009 Executive Blvd., Suite 100
Chesapeake, VA 23320

6. ISSUED BY:

ARMY AND AIR FORCE EXCHANGE SERVICE
ATTN: PZ-C (KE)
PO BOX 225887
DALLAS TX 75222-5887

File CC CF-C CF-S KDD

| SIGNATURE OF PERSON AUTHORIZED TO SIGN | DATE | SIGNATURE OF CONTRACTING OFFICER | DATE |
|---|---|---|---|
| [signature] | 10/26/98 | [signature] | 30 OCT 98 |

TYPED OR PRINTED NAME AND TITLE: CD Hayes Pres

TYPED OR PRINTED NAME OF CONTRACTING OFFICER: PAUL M. KELLEHER, C.P.M.

AAFES FORM 4400-18 (test) / (PZ LAN version only)

Army & Air Force Exchange Service

# AMENDMENT OF SOLICITATION/CONTRACT (AGREEMENT)

PAGE 1 OF PAGES 1

1. AMENDMENT OF: [ ] SOLICITATION [X] CONTRACT (AGREEMENT)

| ITATION / CONTRACT NUMBER: | AMENDMENT NUMBER: |
|---|---|
| HQ 97-PZC-094 | THIRTEEN (13) |

**2. IF A SOLICITATION AMENDMENT**
REFER TO SECTION 1 INSTRUCTIONS TO OFFERORS" ON REVERSE OF THIS FORM AND THE FOLLOWING AS INDICATED:

[ ] a. The time and date specified for receipt of proposals is:

[ ] Not extended

[ ] Extended until (local time at place of receipt of proposals)
Hour ________ , Date ________

[ ] b. The above solicitation is modified as set forth in Block 4 below.

**3. IF A CONTRACT AMENDMENT**
REFER TO SECTION II INSTRUCTIONS TO CONTRACTORS" ON REVERSE OF THIS FORM AND THE FOLLOWING AS INDICATED:

[ ] a. The expiration date of the above contract is changed:
FROM ________ TO ________

[X] b. The above contract is:

[ ] Not further modified

[X] Modified as set forth in Block 4 below:

**4. DESCRIPTION OF AMENDMENT**

**Project No. 0310-96-007, Expand Shopping Center, Ft. Eustis, VA**

**a. Pursuant to General Provisions, provide for the following change order:**

**CO#46 - Install switchgear and transformer at post exchange for Dept. of Public Works. INCREASE $40,748.00**

**Funding approved by CF-C/Bernhard on 26 October 1998.**

**b. The total amount is changed rom $5,882,328.68 to $5,923,076.68; an increase of $40,748.00**

**c. The foregoing decrease/increase in contract price is in full settlement of all entitlements directly or indirectly arising out of these changes .**

**d. This amendment confirms agreement between the parties as to cost increase resulting from changes listed herein.**
//////////////////////////////////////////////////LAST ITEM////////////////////////////////////////////////////////////////////////////////

IN ALL OTHER RESPECTS, THE TERMS AND CONDITIONS OF THE SOLICITATION/CONTRACT, AS AMENDED, REMAIN IN FULL FORCE AND EFFECT.

SIGNATURES

| 5. NAME AND ADDRESS OF OFFEROR/CONTRACTOR (Street, City, County, State and Zip Code) | 6. ISSUED BY: |
|---|---|
| C. D. Hayes, Inc.<br>1009 Executive Blvd., Suite 100<br>Chesapeake, VA 23320 | ARMY AND AIR FORCE EXCHANGE SERVICE<br>ATTN: PZ-C (KE)<br>PO BOX 225887<br>DALLAS TX 75222-5887 |

file cc CF-C CF-Swift KNB

| SIGNATURE OF PERSON AUTHORIZED TO SIGN | DATE | SIGNATURE OF CONTRACTING OFFICER | DATE |
|---|---|---|---|
| [signature] | 11/2/98 | [signature] | 5 NOV 98 |

| OR PRINTED NAME AND TITLE | TYPED OR PRINTED NAME OF CONTRACTING OFFICER |
|---|---|
| CD Hayes Pres | PAUL M. KELLEHER, C.P.M. |

AAFES FORM 4400-18 (test) (PZ LAN version only)

DA0027

Army & Air Force Exchange Service

# AMENDMENT OF SOLICITATION/CONTRACT (AGREEMENT)

PAGE 1 OF PAGES 1

AMENDMENT OF: [ ] SOLICITATION [X] CONTRACT (AGREEMENT)

| SOLICITATION / CONTRACT NUMBER: | AMENDMENT NUMBER: |
|---|---|
| HQ 97-PZC-094 | FOURTEEN (14) |

**2. IF A SOLICITATION AMENDMENT**
REFER TO SECTION 1 INSTRUCTIONS TO OFFERORS" ON REVERSE OF THIS FORM AND THE FOLLOWING AS INDICATED:

[ ] a. The time and date specified for receipt of proposals is:

[ ] Not extended

[ ] Extended until (local time at place of receipt of proposals)
Hour Date

[ ] b. The above solicitation is modified as set forth in Block 4 below.

**3. IF A CONTRACT AMENDMENT**
REFER TO SECTION II INSTRUCTIONS TO CONTRACTORS" ON REVERSE OF THIS FORM AND THE FOLLOWING AS INDICATED:

[ ] a. The expiration date of the above contract is changed:
FROM TO

[X] b. The above contract is:

[ ] Not further modified

[X] Modified as set forth in Block 4 below:

**4. DESCRIPTION OF AMENDMENT**

Project No. 0310-96-007, Expand Shopping Center, Ft. Eustis, VA

a. Pursuant to General Provisions, provide for the following change order:

| | |
|---|---|
| CO#40 - Delete underground 8" PVC beer line from cooler/freezer 185 to Anthony's Pizza. | DECREASE $ 630.00 |
| CO#45 - Remove existing cracked brick and mortar, and tooth-in new brick and mortar to match existing at SE corner of existing MPA brick veneer. Seal all cracks in brick veneer and mortar with clear silicone. Provide continuous expansion joint with backer rod and sealant. | INCREASE $2,304.00 |
| CO#57 - Off-set existing 6" and 8" waterlines. | INCREASE $6,433.00 |

Funding approved by CF-C/Bernhard on 16 November 1998.

We reserve our rights to place a claim for an adjustment to the contract completion date as a result of the impact of this amendment.

b. Delete paragraph 45, "Payments," in the General Provisions (Exhibit A) and replace with the attached paragraph 45, "Payments" (3 pages).

c. The total amount is changed rom $5,923,076.68 to $5,931,183.68; an increase of $8,107.00

d. The foregoing decrease/increase in contract price is in full settlement of all entitlements directly or indirectly arising out of these changes .

e. This amendment confirms agreement between the parties as to cost increase resulting from changes listed herein.

//////////////////////////////////////////////////LAST ITEM//////////////////////////////////////////////////////////////////////////////////

IN ALL OTHER RESPECTS, THE TERMS AND CONDITIONS OF THE SOLICITATION/CONTRACT, AS AMENDED, REMAIN IN FULL FORCE AND EFFECT.

**SIGNATURES**

| 5. NAME AND ADDRESS OF OFFEROR/CONTRACTOR (Street, City, County, State and Zip Code) | 6. ISSUED BY: |
|---|---|
| C. D. Hayes, Inc.<br>1009 Executive Blvd., Suite 100<br>Chesapeake, VA 23320 | ARMY AND AIR FORCE EXCHANGE SERVICE<br>ATTN: PZ-C (KE)<br>PO BOX 225887<br>DALLAS TX 75222-5887 |

File GC CF-C CF-S Rec'd

| SIGNATURE OF PERSON AUTHORIZED TO SIGN | DATE | SIGNATURE OF CONTRACTING OFFICER | DATE |
|---|---|---|---|
| D Hayes | 12/16/98 | [signature] | 31 Dec 98 |
| TYPED OR PRINTED NAME AND TITLE | | TYPED OR PRINTED NAME OF CONTRACTING OFFICER | |
| CD Hayes Pres | | PAUL M. KELLEHER, C.P.M. | |

AAFES FORM 4400-18 (test) (PZ LAN version only)

DA0028

Army & Air Force Exchange Service

# AMENDMENT OF SOLICITATION/CONTRACT (AGREEMENT)

PAGE 1 OF PAGES 1

1. AMENDMENT OF: ☐ SOLICITATION ☒ CONTRACT (AGREEMENT)

| S ATION / CONTRACT NUMBER: | AMENDMENT NUMBER: |
|---|---|
| HQ 97-PZC-094 | FIFEEN (15) |

| 2. IF A SOLICITATION AMENDMENT | 3. IF A CONTRACT AMENDMENT |
|---|---|
| REFER TO SECTION 1 INSTRUCTIONS TO OFFERORS" ON REVERSE OF THIS FORM AND THE FOLLOWING AS INDICATED: | REFER TO SECTION II IINSTRUCTIONS TO CONTRACTORS" ON REVERSE OF THIS FORM AND THE FOLLOWING AS INDICATED: |
| ☐ a. The time and date specified for receipt of proposals is:<br>☐ Not extended<br>☐ Extended until (local time at place of receipt of proposals)<br>Hour Date | ☐ a. The expiration date of the above contract is changed:<br>FROM TO |
| ☐ b. The above solicitation is modified as set forth in Block 4 below. | ☒ b. The above contract is:<br>☐ Not further modified<br>☒ Modified as set forth in Block 4 below: |

4. DESCRIPTION OF AMENDMENT

**Project No. 0310-96-007, Expand Shopping Center, Ft. Eustis, VA**

**a. Pursuant to General Provisions, provide for the following change order:**

| | | | |
|---|---|---|---|
| CO#39 | - Delete individual timers for rooftop units and AHU's and provide five (5) manual spring wound timers in Managers Office. | INCREASE | $1,525.00 |
| CO#42 | - Provide gas piping for gas unit heaters GUH 4 per sketch. | INCREASE | $2,333.00 |
| CO#44 | - Delete eight (8) ceiling tiles and provide eight (8) return grilles in Main Retail Area. | INCREASE | $ 805.00 |
| C | - Furnish and install six (6) flourescent light fixtures on exterior signage in Main | INCREASE | $3,839.00 |

**Funding approved by CF-C/Bernhard on 25 November 1998.**

**b. The total amount is changed rom $5,931,183.68 to $5,939,685.68; an increase of $8,502.00.**

**c. The foregoing decrease/increase in contract price is in full settlement of all entitlements directly or indirectly arising out of these changes.** We reserve our rights to place a claim for an adjustment to the contract completion date as a result of the impact of this amendment.

**d. This amendment confirms agreement between the parties as to cost increase resulting from changes listed herein.**

///////////////////////////////////////////////////LAST ITEM//////////////////////////////////////////////////////////////////////////

IN ALL OTHER RESPECTS, THE TERMS AND CONDITIONS OF THE SOLICITATION/CONTRACT, AS AMENDED, REMAIN IN FULL FORCE AND EFFECT.

SIGNATURES

| 5. NAME AND ADDRESS OF OFFEROR/CONTRACTOR (Street, City, County, State and Zip Code) | | 6. ISSUED BY: | |
|---|---|---|---|
| C. D. Hayes, Inc.<br>1009 Executive Blvd., Suite 100<br>Chesapeake, VA 23320 | | ARMY AND AIR FORCE EXCHANGE SERVICE<br>ATTN: PZ-C (KE)<br>PO BOX 225887<br>DALLAS TX 75222-5887 | file EC CF-C CF-S KDO |
| SIGNATURE OF PERSON AUTHORIZED TO SIGN | DATE | SIGNATURE OF CONTRACTING OFFICER | DATE |
| [signature] | 10/16/98 | [signature] | 31 DEC 98 |
| TYPED OR PRINTED NAME AND TITLE | | TYPED OR PRINTED NAME OF CONTRACTING OFFICER | |
| C D Hayes Pres | | PAUL M. KELLEHER, C.P.M. | |

*AAFES FORM 4400-18 (test) (PZ LAN version only)*

Army & Air Force Exchange Service

# AMENDMENT OF SOLICITATION/CONTRACT (AGREEMENT)

PAGE 1 OF 1 PAGES

1. AMENDMENT OF: [ ] SOLICITATION [X] CONTRACT (AGREEMENT)

SOLICITATION / CONTRACT NUMBER: HQ 97-PZC-094

AMENDMENT NUMBER: SIXTEEN (16)

**2. IF A SOLICITATION AMENDMENT**

REFER TO SECTION 1 INSTRUCTIONS TO OFFERORS" ON REVERSE OF THIS FORM AND THE FOLLOWING AS INDICATED:

[ ] a. The time and date specified for receipt of proposals is:

[ ] Not extended

[ ] Extended until (local time at place of receipt of proposals)

Hour Date

[ ] b. The above solicitation is modified as set forth in Block 4 below.

**3. IF A CONTRACT AMENDMENT**

REFER TO SECTION II INSTRUCTIONS TO CONTRACTORS" ON REVERSE OF THIS FORM AND THE FOLLOWING AS INDICATED:

[ ] a. The expiration date of the above contract is changed: FROM TO

[X] b. The above contract is:

[ ] Not further modified

[X] Modified as set forth in Block 4 below:

**4. DESCRIPTION OF AMENDMENT**

**Project No. 0310-96-007, Expand Shopping Center, Ft. Eustis, VA**

**a. Pursuant to General Provisions, provide for the following change order:**

| | | |
|---|---|---|
| **CO#48-Metal stud framing, gypsum board, and electrical rough-in for Anthony's Pizza and Robin Hood.** | **INCREASE** | **$10,134.00** |
| **CO#53-Delete providing and installation of 18" cast aluminum letters. Provide installation only of AAFES provided 15" letters and logo.** | **DECREASE** | **$ 368.00** |
| **C[illegible]1-Provide paint finish on all walls of Display Lab 107, Display Storage 108, and new MPA 109.** | **INCREASE** | **$ 4,419.00** |
| **CO#64-Provide additional dampproofing at CMU walls.** | **INCREASE** | **$ 1,355.00** |
| **CO#65-Undercut unsuitable subgrade and backfill with select fill** | **INCREASE** | **$ 6,029.00** |
| **CO#66-Provide and install 3 stainless steel door frames at Anthony's Pizza and Robin Hood.** | **INCREASE** | **$ 3,029.00** |

**Funding approved by CF-C/Bernhard on 9 December 1998.** We reserve the rights to place a claim for an adjustment to the contract completion date as a result of the impact of this amendment.

**b. The total amount is changed rom $5,939,685.68 to $5,964,283.68; an increase of $24,598.00.**

**c. The foregoing decrease/increase in contract price is in full settlement of all entitlements directly or indirectly arising out of these changes .**

**d. This amendment confirms agreement between the parties as to cost increase resulting from changes listed herein.**

**////////////////////////////////////////////////LAST ITEM////////////////////////////////////////////////////////////**

IN ALL OTHER RESPECTS, THE TERMS AND CONDITIONS OF THE SOLICITATION/CONTRACT, AS AMENDED, REMAIN IN FULL FORCE AND EFFECT.

SIGNATURES

5. NAME AND ADDRESS OF OFFEROR/CONTRACTOR (Street, City, County, State and Zip Code)

C. D. Hayes, Inc.
1009 Executive Blvd., Suite 100
Chesapeake, VA 23320

6. ISSUED BY:

ARMY AND AIR FORCE EXCHANGE SERVICE
ATTN: PZ-C (KE)
PO BOX 225887
DALLAS TX 75222-5887

file GC CF-C CF-S KDD

| SIGNATURE OF PERSON AUTHORIZED TO SIGN | DATE | SIGNATURE OF CONTRACTING OFFICER | DATE |
|---|---|---|---|
| [signature] | 12/21/98 | [signature] | 31 DEC 98 |

TYPED OR PRINTED NAME AND TITLE: CD Hayes Pres

TYPED OR PRINTED NAME OF CONTRACTING OFFICER: PAUL M. KELLEHER, C.P.M.

*AAFES FORM 4400-18 (test) (PZ LAN version only)*

DA0030

Army & Air Force Exchange Service

# AMENDMENT OF SOLICITATION/CONTRACT (AGREEMENT)

PAGE 1 OF PAGES 1

1. AMENDMENT OF: ☐ SOLICITATION ☒ CONTRACT (AGREEMENT)

| rATION / CONTRACT NUMBER: | AMENDMENT NUMBER: |
|---|---|
| HQ 97-PZC-094 | SEVENTEEN (17) |

**2. IF A SOLICITATION AMENDMENT**
REFER TO SECTION 1 INSTRUCTIONS TO OFFERORS" ON REVERSE OF THIS FORM AND THE FOLLOWING AS INDICATED:

☐ a. The time and date specified for receipt of proposals is:
☐ Not extended
☐ Extended until (local time at place of receipt of proposals)
Hour ______ , Date ______

☐ b. The above solicitation is modified as set forth in Block 4 below.

**3. IF A CONTRACT AMENDMENT**
REFER TO SECTION II IINSTRUCTIONS TO CONTRACTORS" ON REVERSE OF THIS FORM AND THE FOLLOWING AS INDICATED:

☐ a. The expiration date of the above contract is changed:
FROM ______ TO ______

☒ b. The above contract is:
☐ Not further modified
☒ Modified as set forth in Block 4 below:

**4. DESCRIPTION OF AMENDMENT**

**Project No. 0310-96-007, Expand Shopping Center, Ft. Eustis, VA**

**a. Pursuant to General Provisions, provide for the following change orders:**

| | |
|---|---|
| **CO#35 - Provide 2 quad floor outlets at Amusements 188.** | **INCREASE $ 858.00** |
| **CO#56 - At 3 exterior telephone bank locations, provide 3 conduit "U" connections of sufficient length to allow telephone pedestals to be spaced at 36" o.c. apart. Conduit connections shall be concealed below the concrete paving.** | **INCREASE $ 825.00** |
| **CO#59 - Provide and install 2x8 red oak chair with beveled edges, mitred joints, counter-sunk and plugged screws and natural stain finish. Delete aluminum storefront at Amusements. Provide studs, gypsum board and paint finish.** | **INCREASE $5,001.00** |
| **CO#60 - Provide 4 duplex outlets, 1 at each of the 4 brick panels in the intersection of Mall 159. Provide 2 duplex outlets and 2 data outlets for AAFES-furnished/ AAFES-installed ATM machines.** | **INCREASE $2,119.00** |
| **CO#68 - Provide and install base cabinets at Work 191.** | **INCREASE $1,265.00** |

**Funding approved by CF-C/Bernhard on 4 Jan 99.**

**b. The total amount is changed rom $5,964,283.68 to $5,974,351.68; an increase of $10,068.00.**

**c. The foregoing decrease/increase in contract price is in full settlement of all entitlements directly or indirectly arising out of these changes.** We reserve our rights to place a claim for an adjustment to the contract completion date as a result of the impact of this amendment. CDH

**d. This amendment confirms agreement between the parties as to cost increase resulting from changes listed herein.**

////////////////////////////////////////////////LAST ITEM////////////////////////////////////////////////

IN ALL OTHER RESPECTS, THE TERMS AND CONDITIONS OF THE SOLICITATION/CONTRACT, AS AMENDED, REMAIN IN FULL FORCE AND EFFECT.

## SIGNATURES

5. NAME AND ADDRESS OF OFFEROR/CONTRACTOR (Street, City, County, State and Zip Code)

C. D. Hayes, Inc.
1009 Executive Blvd., Suite 100
Chesapeake, VA 23320

6. ISSUED BY:

ARMY AND AIR FORCE EXCHANGE SERVICE
ATTN: PZ-C (KE)
PO BOX 225887
DALLAS TX 75222-5887

File
CC
CF-C
CF-S
KDO

| SIGNATURE OF PERSON AUTHORIZED TO SIGN | DATE | SIGNATURE OF CONTRACTING OFFICER | DATE |
|---|---|---|---|
| [signature] | 1/26/99 | [signature] | 4 FEB 99 |

| OR PRINTED NAME AND TITLE | TYPED OR PRINTED NAME OF CONTRACTING OFFICER |
|---|---|
| CD Hayes Pres | PAUL M. KELLEHER, C.P.M. |

AAFES FORM 4400-18 (test) (PZ LAN version only)

Army & Air Force Exchange Service

# AMENDMENT OF SOLICITATION/CONTRACT (AGREEMENT)

PAGE 1 OF PAGES 1

1. AMENDMENT OF: ☐ SOLICITATION ☒ CONTRACT (AGREEMENT)

| SOLICITATION / CONTRACT NUMBER: | AMENDMENT NUMBER: |
|---|---|
| HQ 97-PZC-094 | EIGHTEEN (18) |

**2. IF A SOLICITATION AMENDMENT**
REFER TO SECTION 1 INSTRUCTIONS TO OFFERORS" ON REVERSE OF THIS FORM AND THE FOLLOWING AS INDICATED:

☐ a. The time and date specified for receipt of proposals is:

☐ Not extended

☐ Extended until (local time at place of receipt of proposals)

Hour ______ , Date ______

☐ b. The above solicitation is modified as set forth in Block 4 below.

**3. IF A CONTRACT AMENDMENT**
REFER TO SECTION II IINSTRUCTIONS TO CONTRACTORS" ON REVERSE OF THIS FORM AND THE FOLLOWING AS INDICATED:

☐ a. The expiration date of the above contract is changed:
FROM ______ TO ______

☒ b. The above contract is:

☐ Not further modified

☒ Modified as set forth in Block 4 below:

**4. DESCRIPTION OF AMENDMENT**

**Project No. 0310-96-007, Expand Shopping Center, Ft. Eustis, VA**

**a. Pursuant to General Provisions, provide for the following change orders:**

**CO # 69 - Provide locks and cylinders from Sargent to Best Lock.** **INCREASE $4,932.00**

**Funding approved by CF-C/Murayama on 13 Jan 99.**

**b. The total amount is changed from $5,974,351.68 to $5,979,283.68; an increase of $4,932.00.**

**c. The foregoing decrease/increase in contract price is in full settlement of all entitlements directly or indirectly arising out of these changes.**

**d. This amendment confirms agreement between the parties as to cost increase resulting from changes listed herein.**

**//////////////////////////////////////////////////LAST ITEM//////////////////////////////////////////////////////////////////////////////**

We reserve our rights to place a claim for an adjustment to the contract completion date as a result of the impact of this amendment. CDH

IN ALL OTHER RESPECTS, THE TERMS AND CONDITIONS OF THE SOLICITATION/CONTRACT, AS AMENDED, REMAIN IN FULL FORCE AND EFFECT.

## SIGNATURES

| 5. NAME AND ADDRESS OF OFFEROR/CONTRACTOR (Street, City, County, State and Zip Code) | | 6. ISSUED BY: | |
|---|---|---|---|
| C. D. Hayes, Inc.<br>1009 Executive Blvd., Suite 100<br>Chesapeake, VA 23320 | | ARMY AND AIR FORCE EXCHANGE SERVICE<br>ATTN: PZ-C (KE)<br>PO BOX 225887<br>DALLAS TX 75222-5887 | PZC<br>GC<br>CF-C<br>CF-S<br>KDD |
| SIGNATURE OF PERSON AUTHORIZED TO SIGN<br>C.D. Hayes | DATE<br>1/26/99 | SIGNATURE OF CONTRACTING OFFICER<br>[signature] | DATE<br>4 Feb 99 |
| TYPED OR PRINTED NAME AND TITLE<br>C D Hayes Pres | | TYPED OR PRINTED NAME OF CONTRACTING OFFICER<br>PAUL M. KELLEHER, C.P.M. | |

AAFES FORM 4400-18 (test) (PZ LAN version only)

Army & Air Force Exchange Service

# AMENDMENT OF SOLICITATION/CONTRACT (AGREEMENT)

PAGE 1 OF PAGES 1

1. AMENDMENT OF: ☐ SOLICITATION ☒ CONTRACT (AGREEMENT)

| TATION / CONTRACT NUMBER: | AMENDMENT NUMBER: |
|---|---|
| HQ 97-PZC-094 | NINETEEN (19) |

**2. IF A SOLICITATION AMENDMENT**
REFER TO SECTION 1 INSTRUCTIONS TO OFFERORS" ON REVERSE OF THIS FORM AND THE FOLLOWING AS INDICATED:

☐ a. The time and date specified for receipt of proposals is:

☐ Not extended

☐ Extended until (local time at place of receipt of proposals)
Hour ______ , Date ______

☐ b. The above solicitation is modified as set forth in Block 4 below.

**3. IF A CONTRACT AMENDMENT**
REFER TO SECTION II INSTRUCTIONS TO CONTRACTORS" ON REVERSE OF THIS FORM AND THE FOLLOWING AS INDICATED:

☐ a. The expiration date of the above contract is changed:
FROM ______ TO ______

☒ b. The above contract is:

☐ Not further modified

☒ Modified as set forth in Block 4 below:

**4. DESCRIPTION OF AMENDMENT**

**Project No. 0310-96-007, Expand Shopping Center, Ft. Eustis, VA**

**a. Pursuant to General Provisions, provide for the following change orders:**

**CO#07-Delete roving concessions 197 and 198, dry cleaning 199, vestibule 199A and GNC/Rover 202. Provide commodity shops 197 and 198, storage rooms 197A and 198A, GNC storage 199A, specialty service and workroom 202 and 202A; add. telephone outlets in Cell Phones 200 and ext. wall outlet adj. to vestibule 201.** INCREASE $19,493.00

**CO#08-Delete playground 186 and incorporate into food court 187. Provide alum. storefronts ~t Amusements 188, add. floor outlets in Mall 159 and ext. wall outlets at vestibule 189.** INCREASE $ 7,024.00

**( 3-Delete paint, add FRP panels at food prep areas.** INCREASE $10,818.00

**C...61-Delete overhead track, high density shelving system.** DECREASE $14,129.00

**CO#63-Construct steel stud and gypsum board bulkhead; provide power outlets for AF/CI menu board. Delete duuplex outlet at side wall; mount AF/CI menu board directly to back wall. Provide outletes for menu board.** INCREASE $ 1,780.00

**Funding approved by CF-C/Murayama on 27 Jan 99.**

**b. The total amount is changed from $5,979,283.68 to $6,004,269.68; an increase of $24,986.00.**

**c. The foregoing decrease/increase in contract price is in full settlement of all entitlements directly or indirectly arising out of these changes.** We reserve our right to place a claim for an adjustment to the contract date as a result of the impact of this amendment.

**d. This amendment confirms agreement between the parties as to cost increase resulting from changes listed herein.**

//////////////////////////////////////////////////////LAST ITEM//////////////////////////////////////////////////////

IN ALL OTHER RESPECTS, THE TERMS AND CONDITIONS OF THE SOLICITATION/CONTRACT, AS AMENDED, REMAIN IN FULL FORCE AND EFFECT.

SIGNATURES

| 5. NAME AND ADDRESS OF OFFEROR/CONTRACTOR (Street, City, County, State and Zip Code) | 6. ISSUED BY: |
|---|---|
| C. D. Hayes, Inc.<br>1009 Executive Blvd., Suite 100<br>Chesapeake, VA 23320 | ARMY AND AIR FORCE EXCHANGE SERVICE<br>ATTN: PZ-C (KE)<br>PO BOX 225887<br>DALLAS TX 75222-5887 |

| SIGNATURE OF PERSON AUTHORIZED TO SIGN | DATE | SIGNATURE OF CONTRACTING OFFICER | DATE |
|---|---|---|---|
| DHayes | 3/9/99 | [signature] | 19 MAR 99 |
| OR PRINTED NAME AND TITLE: CD Hayes Pres | | TYPED OR PRINTED NAME OF CONTRACTING OFFICER: PAUL M. KELLEHER, C.P.M. | |

AAFES FORM 4400-18 (test) (PZ LAN version only)

DA0033

Army & Air Force Exchange Service

# AMENDMENT OF SOLICITATION/CONTRACT (AGREEMENT)

PAGE 1 OF PAGES 1

AMENDMENT OF: [ ] SOLICITATION [X] CONTRACT (AGREEMENT)

SOLICITATION / CONTRACT NUMBER: HQ 97-PZC-094

AMENDMENT NUMBER: TWENTY (20)

**2. IF A SOLICITATION AMENDMENT**
REFER TO SECTION 1 INSTRUCTIONS TO OFFERORS" ON REVERSE OF THIS FORM AND THE FOLLOWING AS INDICATED:

[ ] a. The time and date specified for receipt of proposals is:

[ ] Not extended

[ ] Extended until (local time at place of receipt of proposals)
Hour ____________ , Date ____________

[ ] b. The above solicitation is modified as set forth in Block 4 below.

**3. IF A CONTRACT AMENDMENT**
REFER TO SECTION II INSTRUCTIONS TO CONTRACTORS" ON REVERSE OF THIS FORM AND THE FOLLOWING AS INDICATED:

[ ] a. The expiration date of the above contract is changed:
FROM ____________ TO ____________

[X] b. The above contract is:

[ ] Not further modified

[X] Modified as set forth in Block 4 below:

**4. DESCRIPTION OF AMENDMENT**

**Project No. 0310-96-007, Expand Shopping Center, Ft. Eustis, VA**

**a. The following is added to para 3.01.A, Section 01331- Time Extension-Weather, Exhibit C. See Attachment No. One (1).**

**b. The total amount is unchanged and remains $6,004,269.68.**

**c. foregoing decrease/increase in contract price is in full settlement of all entitlements directly or indirectly arising out of these changes .**

**d. This amendment confirms agreement between the parties as to cost increase resulting from changes listed herein.**

**//////////////////////////////////////////////////////LAST ITEM/////////////////////////////////////////////////////////////////////////////////////////**

We reserve our rights to place a claim for an adjustment to the contract date as a result of the impact of this amendment.

IN ALL OTHER RESPECTS, THE TERMS AND CONDITIONS OF THE SOLICITATION/CONTRACT, AS AMENDED, REMAIN IN FULL FORCE AND EFFECT.

**SIGNATURES**

| 5. NAME AND ADDRESS OF OFFEROR/CONTRACTOR (Street, City, County, State and Zip Code) | | 6. ISSUED BY: | |
|---|---|---|---|
| C. D. Hayes, Inc.<br>1009 Executive Blvd., Suite 100<br>Chesapeake, VA 23320 | | ARMY AND AIR FORCE EXCHANGE SERVICE<br>ATTN: PZ-C (KE)<br>PO BOX 225887<br>DALLAS TX 75222-5887 | File: GC CP-C CF-S KOD |
| SIGNATURE OF PERSON AUTHORIZED TO SIGN | DATE | SIGNATURE OF CONTRACTING OFFICER | DATE |
| [signature] | 3/11/99 | [signature] | 19 MAR 99 |
| TYPED OR PRINTED NAME AND TITLE | | TYPED OR PRINTED NAME OF CONTRACTING OFFICER | |
| CD Hayes Pres | | PAUL M. KELLEHER, C.P.M. | |

*AAFES FORM 4400-18 (test) (PZ LAN version only)*

DA0034

Army & Air Force Exchange Service

# AMENDMENT OF SOLICITATION/CONTRACT (AGREEMENT)

PAGE 1 OF PAGES 1

AMENDMENT OF: [ ] SOLICITATION [X] CONTRACT (AGREEMENT)

| SOLICITATION / CONTRACT NUMBER: | AMENDMENT NUMBER: |
| --- | --- |
| HQ 97-PZC-094 | TWENTY-ONE (21) |

**2. IF A SOLICITATION AMENDMENT**
REFER TO SECTION 1 INSTRUCTIONS TO OFFERORS" ON REVERSE OF THIS FORM AND THE FOLLOWING AS INDICATED:

[ ] a. The time and date specified for receipt of proposals is:
- [ ] Not extended
- [ ] Extended until (local time at place of receipt of proposals)
  Hour ______ , Date ______

[ ] b. The above solicitation is modified as set forth in Block 4 below.

**3. IF A CONTRACT AMENDMENT**
REFER TO SECTION II IINSTRUCTIONS TO CONTRACTORS" ON REVERSE OF THIS FORM AND THE FOLLOWING AS INDICATED:

[ ] a. The expiration date of the above contract is changed:
FROM ______ TO ______

[X] b. The above contract is:
- [ ] Not further modified
- [X] Modified as set forth in Block 4 below:

**4. DESCRIPTION OF AMENDMENT**

**Project No. 0310-96-007, Expand Shopping Center, Ft. Eustis, VA**

**a. Pursuant to General Provisions, provide for the following change orders:**

| | | |
| --- | --- | --- |
| **CO#21 - Add condensing unit pad for cooler/freezer and concrete infills.** | **INCREASE** | **$1,330.00** |
| **CO#75 - Provide 1/4" x 8" x 17'-0" steel plate on w18x35 beam to receive metal studs.** | **INCREASE** | **$1,120.00** |
| **CO#78 - Fill in exterior door#D64 with CMU & brick.** | **INCREASE** | **$ 568.00** |

**Funding approved by CF-C/Bernhard on 27 Feb 99.**

**b. The total amount is changed from $6,004,269.68 to $6,007,287.68; an increase of $3,018.00.**

**c. The foregoing decrease/increase in contract price is in full settlement of all entitlements directly or indirectly arising out of these changes .**

**d. This amendment confirms agreement between the parties as to cost increase resulting from changes listed herein.**

**/////////////////////////////////////////////////LAST ITEM//////////////////////////////////////////////////////////////////**

We reserve our rights to place a claim for an adjustment to the contract date as a result of the impact of this amendment.

IN ALL OTHER RESPECTS, THE TERMS AND CONDITIONS OF THE SOLICITATION/CONTRACT, AS AMENDED, REMAIN IN FULL FORCE AND EFFECT.

## SIGNATURES

5. NAME AND ADDRESS OF OFFEROR/CONTRACTOR (Street, City, County, State and Zip Code)

C. D. Hayes, Inc.
1009 Executive Blvd., Suite 100
Chesapeake, VA 23320

6. ISSUED BY:

ARMY AND AIR FORCE EXCHANGE
ATTN: PZ-C (KE)
PO BOX 225887
DALLAS TX 75222-5887

GC
CF-C
CF-S
KDD

| SIGNATURE OF PERSON AUTHORIZED TO SIGN | DATE | SIGNATURE OF CONTRACTING OFFICER | DATE |
| --- | --- | --- | --- |
| [signature] | 3/11/99 | [signature] | 19 MAR 99 |

| TYPED OR PRINTED NAME AND TITLE | TYPED OR PRINTED NAME OF CONTRACTING OFFICER |
| --- | --- |
| CD Hayes Pres | PAUL M. KELLEHER, C.P.M. |

AAFES FORM 4400-18 (test) (PZ LAN version only)

Army & Air Force Exchange Service

# AMENDMENT OF SOLICITATION/CONTRACT (AGREEMENT)

PAGE 1 OF PAGES 1

1. AMENDMENT OF: ☐ SOLICITATION ☒ CONTRACT (AGREEMENT)

SOLICITATION / CONTRACT NUMBER: HQ 97-PZC-094

AMENDMENT NUMBER: TWENTY-TWO (22)

**2. IF A SOLICITATION AMENDMENT**

"REFER TO SECTION 1 INSTRUCTIONS TO OFFERORS" ON REVERSE OF THIS FORM AND THE FOLLOWING AS INDICATED:

☐ a. The time and date specified for receipt of proposals is:

☐ Not extended

☐ Extended until (local time at place of receipt of proposals)

Hour ______ , Date ______

☐ b. The above solicitation is modified as set forth in Block 4 below.

**3. IF A CONTRACT AMENDMENT**

REFER TO SECTION II IINSTRUCTIONS TO CONTRACTORS" ON REVERSE OF THIS FORM AND THE FOLLOWING AS INDICATED:

☐ a. The expiration date of the above contract is changed: FROM ______ TO ______

☒ b. The above contract is:

☐ Not further modified

☒ Modified as set forth in Block 4 below:

**4. DESCRIPTION OF AMENDMENT**

**Project No. 0310-96-007, Expand Shopping Center, Ft. Eustis, VA**

**a. Pursuant to General Provisions, provide for the following change orders:**

| | | |
|---|---|---|
| **CO#37** | **- Provide aluminum store front in lieu of cased opening at Flower Shop (Room 190). Adjust location of duplex outlet to section of wall adjacent to Door D99.** | **INCREASE $ 812.00** |
| **CO#41** | **- Extend sidewalk at Outdoor Garden Sales Area.** | **INCREASE $ 613.00** |

**Funding approved by CF-C/Bernhard on 24 Mar 99.**

**b. The total amount is changed from $6,007,287.68 to $6,008,712.68; an increase of $1,425.00.**

**c. The foregoing decrease/increase in contract price is in full settlement of all entitlements directly or indirectly arising out of these changes .**

**d. This amendment confirms agreement between the parties as to cost increase resulting from changes listed herein.**

////////////////////////////////////////////////////LAST ITEM//////////////////////////////////////////////////////////////////////////////////

IN ALL OTHER RESPECTS, THE TERMS AND CONDITIONS OF THE SOLICITATION/CONTRACT, AS AMENDED, REMAIN IN FULL FORCE AND EFFECT.

## SIGNATURES

5. NAME AND ADDRESS OF OFFEROR/CONTRACTOR (Street, City, County, State and Zip Code)

C. D. Hayes, Inc.
1009 Executive Blvd., Suite 100
Chesapeake, VA 23320

6. ISSUED BY:

ARMY AND AIR FORCE EXCHANGE SERVICE
ATTN: PZ-C (KE)
PO BOX 225887
DALLAS TX 75222-5887

File 6c CF-C CF-S KDU

| SIGNATURE OF PERSON AUTHORIZED TO SIGN | DATE | SIGNATURE OF CONTRACTING OFFICER | DATE |
|---|---|---|---|
| D Hayes | 4/1/99 | [signature] | 9 Apr 99 |

TYPED OR PRINTED NAME AND TITLE: Pres CD Hayes

TYPED OR PRINTED NAME OF CONTRACTING OFFICER: PAUL M. KELLEHER, C.P.M.

AAFES FORM 4400-18 (test) (PZ LAN version only)

Army & Air Force Exchange Service

# AMENDMENT OF SOLICITATION/CONTRACT (AGREEMENT)

PAGE 1 OF PAGES 1

1. AMENDMENT OF: ☐ SOLICITATION ☒ CONTRACT (AGREEMENT)

| SOLICITATION / CONTRACT NUMBER: | AMENDMENT NUMBER: |
|---|---|
| HQ 97-PZC-094 | TWENTY-THREE (23) |

**2. IF A SOLICITATION AMENDMENT**
"REFER TO SECTION 1 INSTRUCTIONS TO OFFERORS" ON REVERSE OF THIS FORM AND THE FOLLOWING AS INDICATED:

☐ a. The time and date specified for receipt of proposals is:
- ☐ Not extended
- ☐ Extended until (local time at place of receipt of proposals) Hour Date

☐ b. The above solicitation is modified as set forth in Block 4 below.

**3. IF A CONTRACT AMENDMENT**
REFER TO SECTION II "INSTRUCTIONS TO CONTRACTORS" ON REVERSE OF THIS FORM AND THE FOLLOWING AS INDICATED:

☐ a. The expiration date of the above contract is changed: FROM TO

☒ b. The above contract is:
- ☐ Not further modified
- ☒ Modified as set forth in Block 4 below:

**4. DESCRIPTION OF AMENDMENT**

Project No. 0310-96-007, Expand Shopping Center, Ft. Eustis, VA

a. Pursuant to General Provisions, provide for the following change orders:

| | | |
|---|---|---|
| CO#29-Remove existing buried sidewalk adjacent to build #1384 and provide select backfill. | INCREASE | $1,263.00 |
| CO#73-Provide and install one GE225 amp3 pole breaker and kit into the panel L-4 to serve the large walk-in cooler. Includes testing after installation. | INCREASE | $1,215.00 |
| CO#80-Relocate existing electrical panel at existing Customer Service. | INCREASE | $2,476.00 |
| CO#83-Remove additional 1,400 s.y. asphalt paving in Phase V demolition area. | INCREASE | $15,879.00 |
| CO#84-Undercut and backfill Phase V Building pad and undercut and backfill Phase V parking lot. | INCREASE | $27,326.00 |

Funding approved by CF-C/Aki/Bernhard on 8 Apr 99.

b. The total amount is changed from $6,008,712.68 to $6,056,871.68; an increase of $48,159.00.

c. The foregoing decrease/increase in contract price is in full settlement of all entitlements directly or indirectly arising out of these changes .

d. This amendment confirms agreement between the parties as to cost increase resulting from changes listed herein.

////////////////////////////////////////////////////LAST ITEM//////////////////////////////////////////////////////////////////////////

IN ALL OTHER RESPECTS, THE TERMS AND CONDITIONS OF THE SOLICITATION/CONTRACT, AS AMENDED, REMAIN IN FULL FORCE AND EFFECT.

**SIGNATURES**

5. NAME AND ADDRESS OF OFFEROR/CONTRACTOR (Street, City, County, State and Zip Code)

C. D. Hayes, Inc.
1009 Executive Blvd., Suite 100
Chesapeake, VA 23320

6. ISSUED BY:

ARMY AND AIR FORCE EXCHANGE SERVICE
ATTN: PZ-C (KE)
PO BOX 225887
DALLAS TX 75222-5887

| SIGNATURE OF PERSON AUTHORIZED TO SIGN | DATE | SIGNATURE OF CONTRACTING OFFICER | DATE |
|---|---|---|---|
| CD Hayes | 4/13/99 | [signature] | 19Apr99 |
| TYPED OR PRINTED NAME AND TITLE: CD Hayes Pres | | TYPED OR PRINTED NAME OF CONTRACTING OFFICER: PAUL M. KELLEHER, C.P.M. | |

AAFES FORM 4400-18 (test) (PZ LAN version only)

Army & Air Force Exchange Service

# AMENDMENT OF SOLICITATION/CONTRACT (AGREEMENT)

PAGE 1 OF PAGES 1

1. AMENDMENT OF: ☐ SOLICITATION ☒ CONTRACT (AGREEMENT)

SOLICITATION / CONTRACT NUMBER: HQ 97-PZC-094

AMENDMENT NUMBER: TWENTY-FOUR (24)

**2. IF A SOLICITATION AMENDMENT**
REFER TO SECTION 1 INSTRUCTIONS TO OFFERORS" ON REVERSE OF THIS FORM AND THE FOLLOWING AS INDICATED:

☐ a. The time and date specified for receipt of proposals is:
☐ Not extended
☐ Extended until (local time at place of receipt of proposals)
Hour Date

☐ b. The above solicitation is modified as set forth in Block 4 below.

**3. IF A CONTRACT AMENDMENT**
REFER TO SECTION II INSTRUCTIONS TO CONTRACTORS" ON REVERSE OF THIS FORM AND THE FOLLOWING AS INDICATED:

☐ a. The expiration date of the above contract is changed: FROM TO

☒ b. The above contract is:
☐ Not further modified
☒ Modified as set forth in Block 4 below:

**4. DESCRIPTION OF AMENDMENT**

**Project No. 0310-96-007, Expand Shopping Center, Ft. Eustis, VA**

**a. Pursuant to General Provisions, provide for the following change order:**

| | | |
|---|---|---|
| **CO#49** | **Turn down North and East edges of concrete slab at Outdoor Garden Sales Area.** | **INCREASE $5,970.00** |
| **CO#67** | **Tie-in downspouts at Entrance Canopy Phase III.** | **INCREASE $2,475.00** |
| **CO#82** | **Remove access plate at steel framing at west end of Phase II: and tie steel columns together between Phase II and Phase V.** | **INCREASE $ 341.00** |
| **#85** | **Provide tapered insulation parapet walls or expansion curbs where water flows to roof drain bowls.** | **INCREASE $8,302.00** |

**Funding approved by CF-C/Bernhard on 6 May 99.**

**b. The total amount is changed from $6,056,871.68 to $6,073,959.68; an increase of $17,088.00.**

**c. The foregoing decrease/increase in contract price is in full settlement of all entitlements directly or indirectly arising out of these changes.**

**d. This amendment confirms agreement between the parties as to cost increase resulting from changes listed herein.**

**//////////////////////////////////////////////LAST ITEM//////////////////////////////////////////////**

IN ALL OTHER RESPECTS, THE TERMS AND CONDITIONS OF THE SOLICITATION/CONTRACT, AS AMENDED, REMAIN IN FULL FORCE AND EFFECT.

**SIGNATURES**

5. NAME AND ADDRESS OF OFFEROR/CONTRACTOR (Street, City, County, State and Zip Code)

C. D. Hayes, Inc.
1009 Executive Blvd., Suite 100
Chesapeake, VA 23320

6. ISSUED BY:

ARMY AND AIR FORCE EXCHANGE SERVICE
ATTN: PZ-C (KE)
PO BOX 225887
DALLAS TX 75222-5887

SIGNATURE OF PERSON AUTHORIZED TO SIGN: [signature] DATE: 5/24/99

SIGNATURE OF CONTRACTING OFFICER: [signature] DATE: 3 JUNE 99

TYPED OR PRINTED NAME AND TITLE: CD HAYES PRESIDENT

TYPED OR PRINTED NAME OF CONTRACTING OFFICER: PAUL M. KELLEHER, C.P.M.

AAFES FORM 4400-18 (test) (PZ LAN version only)

Army & Air Force Exchange Service

# AMENDMENT OF SOLICITATION/CONTRACT (AGREEMENT)

PAGE 1 OF PAGES 1

1. AMENDMENT OF: [ ] SOLICITATION [X] CONTRACT (AGREEMENT)

| SOLICITATION / CONTRACT NUMBER: | AMENDMENT NUMBER: |
|---|---|
| HQ 97-PZC-094 | TWENTY-FIVE (25) |

**2. IF A SOLICITATION AMENDMENT**
REFER TO SECTION 1 INSTRUCTIONS TO OFFERORS" ON REVERSE OF THIS FORM AND THE FOLLOWING AS INDICATED:

[ ] a. The time and date specified for receipt of proposals is:

[ ] Not extended

[ ] Extended until (local time at place of receipt of proposals)
Hour Date

____________ , ____________

[ ] b. The above solicitation is modified as set forth in Block 4 below.

**3. IF A CONTRACT AMENDMENT**
REFER TO SECTION II IINSTRUCTIONS TO CONTRACTORS" ON REVERSE OF THIS FORM AND THE FOLLOWING AS INDICATED:

[ ] a. The expiration date of the above contract is changed:
FROM ____________ TO ____________

[X] b. The above contract is:

[ ] Not further modified

[X] Modified as set forth in Block 4 below:

**4. DESCRIPTION OF AMENDMENT**

**Project No. 0310-96-007, Expand Shopping Center, Ft. Eustis, VA**

**a. Pursuant to General Provisions, provide for the following change order:**

| | | |
|---|---|---|
| CO#50A - Add telephone and power outlets. | INCREASE | $ 2,390.00 |
| CO#50B - Add telephone and power outlets. | INCREASE | $ 2,390.00 |
| CO#50C - Add telephone and power outlets. | INCREASE | $ 2,390.00 |
| CO#36 - Revise Taco Bell. | INCREASE | $ 6,529.00 |
| #87 - Downtime due to buried fuel oil tank and existing clogged sanitary sewer line. | INCREASE | $ 5,920.00 |
| J#88 - Provide select fill for utility trenches. | INCREASE | $83,293.00 |

**Funding approved by CF-C/Bernhard/Aki on 24 May 99.**

**b. The total amount is changed from $6,073,959.68 to $6,176,861.68; an increase of $102,902.00.**

**c. The foregoing decrease/increase in contract price is in full settlement of all entitlements directly or indirectly arising out of these changes .**

**d. This amendment confirms agreement between the parties as to cost increase resulting from changes listed herein.**
//////////////////////////////////////////////////////LAST ITEM//////////////////////////////////////////////////////////////////////////////

IN ALL OTHER RESPECTS, THE TERMS AND CONDITIONS OF THE SOLICITATION/CONTRACT, AS AMENDED, REMAIN IN FULL FORCE AND EFFECT.

SIGNATURES

5. NAME AND ADDRESS OF OFFEROR/CONTRACTOR (Street, City, County, State and Zip Code)

C. D. Hayes, Inc.
1009 Executive Blvd., Suite 100
Chesapeake, VA 23320

6. ISSUED BY:

ARMY AND AIR FORCE EXCHANGE SERVICE
ATTN: PZ-C (KE)
PO BOX 225887
DALLAS TX 75222-5887

file
GC
CF-C
CF-S
KDD-2

| SIGNATURE OF PERSON AUTHORIZED TO SIGN | DATE | SIGNATURE OF CONTRACTING OFFICER | DATE |
|---|---|---|---|
| [signature] | 8/3/99 | [signature] | 10 AUG 99 |

| TYPED OR PRINTED NAME AND TITLE | TYPED OR PRINTED NAME OF CONTRACTING OFFICER |
|---|---|
| CD Hayes, Pres | PAUL M. KELLEHER, C.P.M. |

AAFES FORM 4400-18 (test) (PZ LAN version only)

Army & Air Force Exchange Service

# AMENDMENT OF SOLICITATION/CONTRACT (AGREEMENT)

PAGE 1 OF PAGES 1

AMENDMENT OF: [ ] SOLICITATION [X] CONTRACT (AGREEMENT)

| SOLICITATION / CONTRACT NUMBER: | AMENDMENT NUMBER: |
|---|---|
| HQ 97-PZC-094 | TWENTY-SIX (26) |

**2. IF A SOLICITATION AMENDMENT**
REFER TO SECTION 1 INSTRUCTIONS TO OFFERORS" ON REVERSE OF THIS FORM AND THE FOLLOWING AS INDICATED:

[ ] a. The time and date specified for receipt of proposals is:
- [ ] Not extended
- [ ] Extended until (local time at place of receipt of proposals)
  Hour ______ Date ______

[ ] b. The above solicitation is modified as set forth in Block 4 below.

**3. IF A CONTRACT AMENDMENT**
REFER TO SECTION II IINSTRUCTIONS TO CONTRACTORS" ON REVERSE OF THIS FORM AND THE FOLLOWING AS INDICATED:

[ ] a. The expiration date of the above contract is changed:
FROM ______ TO ______

[X] b. The above contract is:
- [ ] Not further modified
- [X] Modified as set forth in Block 4 below:

**4. DESCRIPTION OF AMENDMENT**

**Project No. 0310-96-007, Expand Shopping Center, Ft. Eustis, VA**

**a. Pursuant to General Provisions, provide for the following change order:**

| | | |
|---|---|---|
| CO#77 | - Remove steel bulkhead at Phase III. | INCREASE $ 342.00 |
| CO#90 | - Delete acoustical ceiling and add drywall ceiling in Men's Toilet 127, Men's Lockers 128, Women's Toilet 132 and Women's Lockers 131. | INCREASE $1,279.00 |
| CO#91 | - Provide additional materials for DPW transformer. | INCREASE $8,534.00 |

Funding approved by CF-C/Bernhard/Aki on 13 July 99.

**b. The total amount is changed from $6,176,861.68 to $6,187,016.68; an increase of $10,155.00.**

**c. The foregoing decrease/increase in contract price is in full settlement of all entitlements directly or indirectly arising out of these changes .**

**d. This amendment confirms agreement between the parties as to cost increase resulting from changes listed herein.**

**//////////////////////////////////////////////////LAST ITEM////////////////////////////////////////////////////////////////////////////**

IN ALL OTHER RESPECTS, THE TERMS AND CONDITIONS OF THE SOLICITATION/CONTRACT, AS AMENDED, REMAIN IN FULL FORCE AND EFFECT.

## SIGNATURES

**5. NAME AND ADDRESS OF OFFEROR/CONTRACTOR** (Street, City, County, State and Zip Code)

C. D. Hayes, Inc.
1009 Executive Blvd., Suite 100
Chesapeake, VA 23320

**6. ISSUED BY:**

ARMY AND AIR FORCE EXCHANGE SERVICE
ATTN: PZ-C (KE)
PO BOX 225887
DALLAS TX 75222-5887

File
GC
CF-C
CF-S
KRM-2

| SIGNATURE OF PERSON AUTHORIZED TO SIGN | DATE | SIGNATURE OF CONTRACTING OFFICER | DATE |
|---|---|---|---|
| C D Hayes | 8/3/99 | [signature] | 10 AUG 99 |

| TYPED OR PRINTED NAME AND TITLE | TYPED OR PRINTED NAME OF CONTRACTING OFFICER |
|---|---|
| CD Hayes Pres | PAUL M. KELLEHER, C.P.M. |

AAFES FORM 4400-18 (test) (PZ LAN version only)

Army & Air Force Exchange Service

# AMENDMENT OF SOLICITATION/CONTRACT (AGREEMENT)

PAGE 1 OF PAGES 1

1. AMENDMENT OF: ☐ SOLICITATION ☒ CONTRACT (AGREEMENT)

| SOLICITATION / CONTRACT NUMBER: | AMENDMENT NUMBER: |
|---|---|
| HQ 97-PZC-094 | TWENTY-SEVEN (27) |

**2. IF A SOLICITATION AMENDMENT**

"REFER TO SECTION 1 INSTRUCTIONS TO OFFERORS" ON REVERSE OF THIS FORM AND THE FOLLOWING AS INDICATED:

☐ a. The time and date specified for receipt of proposals is:

☐ Not extended

☐ Extended until (local time at place of receipt of proposals)

Hour ______ Date ______

☐ b. The above solicitation is modified as set forth in Block 4 below.

**3. IF A CONTRACT AMENDMENT**

REFER TO SECTION II INSTRUCTIONS TO CONTRACTORS" ON REVERSE OF THIS FORM AND THE FOLLOWING AS INDICATED:

☐ a. The expiration date of the above contract is changed: FROM ______ TO ______

☒ b. The above contract is:

☐ Not further modified

☒ Modified as set forth in Block 4 below:

**4. DESCRIPTION OF AMENDMENT**

**Project No. 0310-96-007, Expand Shopping Center, Ft. Eustis, VA**

**a. Pursuant to General Provisions, provide for the following change order:**

**CO#70 - Remove sliding grille at Main Retail and install 2 overhead grilles. INCREASE $13,284.00**

**Funding approved by CF-C/Bernhard/Aki on 14 July 99.**

**The total amount is changed from $6,187,016.68 to $6,200,300.68; an increase of $13,284.00.**

**c. The foregoing decrease/increase in contract price is in full settlement of all entitlements directly or indirectly arising out of these changes .**

**d. This amendment confirms agreement between the parties as to cost increase resulting from changes listed herein.**

**//////////////////////////////////////////////////LAST ITEM//////////////////////////////////////////////////////////////////**

IN ALL OTHER RESPECTS, THE TERMS AND CONDITIONS OF THE SOLICITATION/CONTRACT, AS AMENDED, REMAIN IN FULL FORCE AND EFFECT.

**SIGNATURES**

5. NAME AND ADDRESS OF OFFEROR/CONTRACTOR (Street, City, County, State and Zip Code)

C. D. Hayes, Inc.
1009 Executive Blvd., Suite 100
Chesapeake, VA 23320

6. ISSUED BY:

ARMY AND AIR FORCE EXCHANGE SERVICE
ATTN: PZ-C (KE)
PO BOX 225887
DALLAS TX 75222-5887

File
EC
CF-C
CF-S
KOO-2

| SIGNATURE OF PERSON AUTHORIZED TO SIGN | DATE | SIGNATURE OF CONTRACTING OFFICER | DATE |
|---|---|---|---|
| CDHayes | 8/3/99 | [signature] | 10AUG99 |

| TYPED OR PRINTED NAME AND TITLE | TYPED OR PRINTED NAME OF CONTRACTING OFFICER |
|---|---|
| CD Hayes PRES | PAUL M. KELLEHER, C.P.M. |

AAFES FORM 4400-18 (test) (PZ LAN version only)

DA0041

PZ-C Fax:9-1-972-277-1684 Aug 2 '99 7:35 P.02/02

'rmy & Air Force
nange Service

# AMENDMENT OF SOLICITATION/CONTRACT (AGREEMENT)

PAGE 1 OF PAGES 1

1. AMENDMENT OF: [ ] SOLICITATION [X] CONTRACT (AGREEMENT)

SOLICITATION / CONTRACT NUMBER: HQ 97-PZC-094

AMENDMENT NUMBER: TWENTY-EIGHT (28)

2. IF A SOLICITATION AMENDMENT
REFER TO SECTION 1, INSTRUCTIONS TO OFFERORS" ON REVERSE OF THIS FORM AND THE FOLLOWING AS INDICATED:

[ ] a. The time and date specified for receipt of proposals is:

[ ] Not extended

[ ] Extended until (local time at place of receipt of proposals)

Hour Date

[ ] b. The above solicitation is modified as set forth in Block 4 below.

3. IF A CONTRACT AMENDMENT
REFER TO SECTION II INSTRUCTIONS TO CONTRACTORS" ON REVERSE OF THIS FORM AND THE FOLLOWING AS INDICATED:

[ ] a. The expiration date of the above contract is changed: FROM TO

[X] b. The above contract is:

[ ] Not further modified

[X] Modified as set forth in Block 4 below:

4. DESCRIPTION OF AMENDMENT

Project No. 0310-96-007, Expand Shopping Center, Ft. Eustis, VA

a. Pursuant to General Provisions, provide for the following change order:

C-'31 - Remove existing door D110 and replace with new aluminum & glass door. INCREASE $2,193.00

5 - Credit 101 sq. ft. of quarry tile in Food Prep area Phase II. DECREASE $ 404.00

Funding approved by CF-C/Bernhard/Aki on 31 July 99.

b. The total amount is changed from $6,200,300.68 to $6,202,089.68; an increase of $1,789.00.

c. The foregoing decrease/increase in contract price is in full settlement of all entitlements directly or indirectly arising out of these changes .

d. This amendment confirms agreement between the parties as to cost increase resulting from changes listed herein.

////////////////////////////////////////////////LAST ITEM////////////////////////////////////////////////

file

IN ALL OTHER RESPECTS, THE TERMS AND CONDITIONS OF THE SOLICITATION/CONTRACT, AS AMENDED, REMAIN IN FULL FORCE AND EFFECT.

SIGNATURES

5. NAME AND ADDRESS OF OFFEROR/CONTRACTOR (Street, City, County, State and Zip Code)

C. D. Hayes, Inc.
1009 Executive Blvd., Suite 100
Chesapeake, VA 23320

6. ISSUED BY:

ARMY AND AIR FORCE EXCHANGE SERVICE
ATTN: PZ-C (KE)
PO BOX 225887
DALLAS TX 75222-5887

file
GC
CF-C
CF-S
KOP-2

| SIGNATURE OF PERSON AUTHORIZED TO SIGN | DATE | SIGNATURE OF CONTRACTING OFFICER | DATE |
|---|---|---|---|
| CDHayes | 10/1/99 | [signature] | 12 OCT 99 |

TYPED OR PRINTED NAME AND TITLE
C D Hayes Pres

DA0042

TYPED OR PRINTED NAME OF CONTRACTING OFFICER
PAUL M. KELLEHER, C.P.M.

PZ-C Fax:9-1-972-277-1684 Aug 4 '99 12:16 P.02/02

rmy & Air Force
xchange Service

# AMENDMENT OF SOLICITATION/CONTRACT (AGREEMENT)

PAGE 1 OF PAGES 1

1. AMENDMENT OF: ☐ SOLICITATION ☒ CONTRACT (AGREEMENT)

SOLICITATION / CONTRACT NUMBER: HQ 97-PZC-094

AMENDMENT NUMBER: TWENTY-NINE (29)

**2. IF A SOLICITATION AMENDMENT**
REFER TO SECTION 1 INSTRUCTIONS TO OFFERORS" ON REVERSE OF THIS FORM AND THE FOLLOWING AS INDICATED:

☐ a. The time and date specified for receipt of proposals is:
☐ Not extended
☐ Extended until (local time at place of receipt of proposals)
Hour Date

☐ b. The above solicitation is modified as set forth in Block 4 below.

**3. IF A CONTRACT AMENDMENT**
REFER TO SECTION II INSTRUCTIONS TO CONTRACTORS" ON REVERSE OF THIS FORM AND THE FOLLOWING AS INDICATED:

☐ a. The expiration date of the above contract is changed: FROM TO

☒ b. The above contract is:
☐ Not further modified
☒ Modified as set forth in Block 4 below:

**4. DESCRIPTION OF AMENDMENT**

Project No. 0310-96-007, Expand Shopping Center, Ft. Eustis, VA

a. Pursuant to General Provisions, provide for the following change order:

| | |
|---|---|
| 62 - Provide 20A/2P and 15A/1P breakers and make final connections for both. | INCREASE $1,035.00 |
| .71 - Reroute electrical at ODL to overhead. | INCREASE $2,278.00 |
| CO#76 - Raise desk in Security Office. | INCREASE $ 748.00 |

Funding approved by CF-C/Bernhard/Aki on 2 August 99.

b. The total amount is changed from $6,202,089.68 to $6,206,150.68; an increase of $4,061.00.

c. The foregoing decrease/increase in contract price is in full settlement of all entitlements directly or indirectly arising out of these changes .

d. This amendment confirms agreement between the parties as to cost increase resulting from changes listed herein.

///////////////////////////////////////////////////LAST ITEM////////////////////////////////////////////////////////////////////

IN ALL OTHER RESPECTS, THE TERMS AND CONDITIONS OF THE SOLICITATION/CONTRACT, AS AMENDED, REMAIN IN FULL FORCE AND EFFECT.

SIGNATURES

5. NAME AND ADDRESS OF OFFEROR/CONTRACTOR (Street, City, County, State and Zip Code)

C. D. Hayes, Inc.
1009 Executive Blvd., Suite 100
Chesapeake, VA 23320

6. ISSUED BY:

ARMY AND AIR FORCE EXCHANGE SERVICE
ATTN: PZ-C (KE)
PO BOX 225887
DALLAS TX 75222-5887

file GC CF-C CF-S KAC-2

| SIGNATURE OF PERSON AUTHORIZED TO SIGN | DATE | SIGNATURE OF CONTRACTING OFFICER | DATE |
|---|---|---|---|
| [signature] | 10/1/99 | [signature] | 12 Oct 99 |

TYPED OR PRINTED NAME AND TITLE
TYPED OR PRINTED NAME OF CONTRACTING OFFICER

PZ-C x:9-1-972-277-1684 Aug 10 '99 10:15 P.02/02

Army & Air Force Exchange Service

# AMENDMENT OF SOLICITATION/CONTRACT (AGREEMENT)

PAGE 1 OF PAGES 1

AMENDMENT OF: ☐ SOLICITATION ☒ CONTRACT (AGREEMENT)

SOLICITATION / CONTRACT NUMBER: HQ 97-PZC-094

AMENDMENT NUMBER: THIRTY (30)

**2. IF A SOLICITATION AMENDMENT**
REFER TO SECTION 1 INSTRUCTIONS TO OFFERORS" ON REVERSE OF THIS FORM AND THE FOLLOWING AS INDICATED:

☐ a. The time and date specified for receipt of proposals is:

☐ Not extended

☐ Extended until (local time at place of receipt of proposals)
Hour Date

☐ b. The above solicitation is modified as set forth in Block 4 below.

**3. IF A CONTRACT AMENDMENT**
REFER TO SECTION II INSTRUCTIONS TO CONTRACTORS" ON REVERSE OF THIS FORM AND THE FOLLOWING AS INDICATED:

☐ a. The expiration date of the above contract is changed:
FROM TO

☒ b. The above contract is:

☐ Not further modified

☒ Modified as set forth in Block 4 below:

**4. DESCRIPTION OF AMENDMENT**

Project No. 0310-96-007, Expand Shopping Center, Ft. Eustis, VA

a. Pursuant to General Provisions, provide for the following change order:

CO#86 - Repair misc. site utility conditions. INCREASE $ 4,293.00

Funding approved by CF-C/Bernhard/Robinson on 9 August 99.

b. The total amount is changed from $6,206,150.68 to $6,210,443.68; an increase of $4,293.00.

c. The foregoing decrease/increase in contract price is in full settlement of all entitlements directly or indirectly arisin[g] out of these changes .

d. This amendment confirms agreement between the parties as to cost increase resulting from changes listed herein.

//////////////////////////////////////////////////LAST ITEM//////////////////////////////////////////////////////////////

IN ALL OTHER RESPECTS, THE TERMS AND CONDITIONS OF THE SOLICITATION/CONTRACT, AS AMENDED, REMAIN IN FULL FORCE AND EFFECT.

**SIGNATURES**

5. NAME AND ADDRESS OF OFFEROR/CONTRACTOR (Street, City, County, State and Zip Code)

C. D. Hayes, Inc.
1009 Executive Blvd., Suite 100
Chesapeake, VA 23320

6. ISSUED BY:

ARMY AND AIR FORCE EXCHANGE SERVICE
ATTN: PZ-C (KE)
PO BOX 225887
DALLAS TX 75222-5887

File CC CF-C CF-S KOO 2

[S]IGNATURE OF PERSON AUTHORIZED TO SIGN: CD Hayes DATE: 10/1/99

SIGNATURE OF CONTRACTING OFFICER DATE: 12 OCT 99

TYPED OR PRINTED NAME AND TITLE: CD Hayes Pres

DA0044

TYPED OR PRINTED NAME OF CONTRACTING OFFICER: PAUL M. KELLEHER, C.P.M.

AAFES FORM 4400-18 (test) (PZ LAN version only)

Army & Air Force Exchange Service

# AMENDMENT OF SOLICITATION/CONTRACT (AGREEMENT)

PAGE 1 OF PAGES 1

1. AMENDMENT OF: [ ] SOLICITATION [X] CONTRACT (AGREEMENT)

| SOLICITATION / CONTRACT NUMBER: | AMENDMENT NUMBER: |
|---|---|
| HQ 97-PZC-094 | THIRTY-ONE (31) |

**2. IF A SOLICITATION AMENDMENT**
"REFER TO SECTION 1 INSTRUCTIONS TO OFFERORS" ON REVERSE OF THIS FORM AND THE FOLLOWING AS INDICATED:

[ ] a. The time and date specified for receipt of proposals is:
- [ ] Not extended
- [ ] Extended until (local time at place of receipt of proposals)
  Hour ______ , Date ______

[ ] b. The above solicitation is modified as set forth in Block 4 below.

**3. IF A CONTRACT AMENDMENT**
REFER TO SECTION II INSTRUCTIONS TO CONTRACTORS" ON REVERSE OF THIS FORM AND THE FOLLOWING AS INDICATED:

[ ] a. The expiration date of the above contract is changed:
FROM ______ TO ______

[X] b. The above contract is:
- [ ] Not further modified
- [X] Modified as set forth in Block 4 below:

**4. DESCRIPTION OF AMENDMENT**

**Project No. 0310-96-007, Expand Shopping Center, Ft. Eustis, VA**

**a. Pursuant to General Provisions, provide for the following change order:**

**Ref Amendment No. Twenty-eight (28) - CO#81. Delete this change order in its entirety. DECREASE $2,193.00**

| | | |
|---|---|---|
| CO#92 - Provide and install additional tube steel at MCSS entrance. | INCREASE $ | 733.32 |
| CO#96 - Change door frame. | INCREASE $ | 118.00 |
| CO#101 - Install reinforcing using existing material at dumpster pad & truck ramp pad. | INCREASE $ | 207.00 |
| CO#103 - Infill at the trash compactor. | INCREASE $ | 729.00 |

**Funding approved by CF-C/Bernhard/Aki on 23 Nov 99.**

**b. The total amount is changed from $6,210,443.68 to $6,210,038.00; a decrease of $405.68.**

**c. The foregoing decrease/increase in contract price is in full settlement of all entitlements directly or indirectly arising out of these changes .**

**d. This amendment confirms agreement between the parties as to cost increase resulting from changes listed herein.**

**////////////////////////////////////////////////LAST ITEM////////////////////////////////////////////////**

IN ALL OTHER RESPECTS, THE TERMS AND CONDITIONS OF THE SOLICITATION/CONTRACT, AS AMENDED, REMAIN IN FULL FORCE AND EFFECT.

## SIGNATURES

5. NAME AND ADDRESS OF OFFEROR/CONTRACTOR (Street, City, County, State and Zip Code)

C. D. Hayes, Inc.
1009 Executive Blvd., Suite 100
Chesapeake, VA 23320

6. ISSUED BY:

ARMY AND AIR FORCE EXCHANGE SERVICE
ATTN: PZ-C (KE)
PO BOX 225887
DALLAS TX 75222-5887

File
QC
CF-C
CF-S
KDD-2

| SIGNATURE OF PERSON AUTHORIZED TO SIGN | DATE | SIGNATURE OF CONTRACTING OFFICER | DATE |
|---|---|---|---|
| C D Hayes | 1/3/00 | [signature] | 7 JAN 00 |

| TYPED OR PRINTED NAME AND TITLE | TYPED OR PRINTED NAME OF CONTRACTING OFFICER |
|---|---|
| C D Hayes Pres | PAUL M. KELLEHER, C.P.M. |

Army & Air Force Exchange Service

# AMENDMENT OF SOLICITATION/CONTRACT (AGREEMENT)

PAGE 1 OF PAGES 1

1. AMENDMENT OF: ☐ SOLICITATION ☒ CONTRACT (AGREEMENT)

| 'ATION / CONTRACT NUMBER: | AMENDMENT NUMBER: |
|---|---|
| HQ 97-PZC-094 | THIRTY-TWO (32) |

**2. IF A SOLICITATION AMENDMENT**
REFER TO SECTION 1 INSTRUCTIONS TO OFFERORS" ON REVERSE OF THIS FORM AND THE FOLLOWING AS INDICATED:

☐ a. The time and date specified for receipt of proposals is:

☐ Not extended

☐ Extended until (local time at place of receipt of proposals)
Hour Date

☐ b. The above solicitation is modified as set forth in Block 4 below.

**3. IF A CONTRACT AMENDMENT**
REFER TO SECTION II INSTRUCTIONS TO CONTRACTORS" ON REVERSE OF THIS FORM AND THE FOLLOWING AS INDICATED:

☐ a. The expiration date of the above contract is changed:
FROM TO

☒ b. The above contract is:

☐ Not further modified

☒ Modified as set forth in Block 4 below:

**4. DESCRIPTION OF AMENDMENT**

**Project No. 0310-96-007, Expand Shopping Center, Ft. Eustis, VA**

**a. Pursuant to General Provisions, provide for the following change order:**

**CO#81R - Change existing door to alum/glass.** **INCREASE $2,05~~1~~7.00**

**CO#98 - Additional work required to install 8" waterline and labor to locate existing 8" water line.** **INCREASE $5,333.00**

**Funding approved by CF-C/Bernhard/Aki on 2 Dec 99.**

**b. The total amount is changed from $~~6,210,443.68~~ 6,210,038.00 to $6,217,422.00; an increase of 7,38~~4~~5.00.**

**c. The foregoing decrease/increase in contract price is in full settlement of all entitlements directly or indirectly arising out of these changes .**

**d. This amendment confirms agreement between the parties as to cost increase resulting from changes listed herein.**
**//////////////////////////////////////////////////////LAST ITEM////////////////////////////////////////////////////////////////////////////////**

IN ALL OTHER RESPECTS, THE TERMS AND CONDITIONS OF THE SOLICITATION/CONTRACT, AS AMENDED, REMAIN IN FULL FORCE AND EFFECT.

## SIGNATURES

| 5. NAME AND ADDRESS OF OFFEROR/CONTRACTOR (Street, City, County, State and Zip Code) | | 6. ISSUED BY: | |
|---|---|---|---|
| C. D. Hayes, Inc.<br>1009 Executive Blvd., Suite 100<br>Chesapeake, VA 23320 | | ARMY AND AIR FORCE EXCHANGE SERVICE<br>ATTN: PZ-C (KE)<br>PO BOX 225887<br>DALLAS TX 75222-5887 | File GC CF-C CF-S KOO-2 |
| SIGNATURE OF PERSON AUTHORIZED TO SIGN | DATE | SIGNATURE OF CONTRACTING OFFICER | DATE |
| [signature] | 1/3/00 | [signature] | 7 JAN 00 |
| TYPED OR PRINTED NAME AND TITLE | | TYPED OR PRINTED NAME OF CONTRACTING OFFICER | |
| C D Hayes Inc Pres | | PAUL M. KELLEHER, C.P.M. | |

AAFES FORM 4400-18 (test) (PZ LAN version only)

Army & Air Force Exchange Service

# AMENDMENT OF SOLICITATION/CONTRACT (AGREEMENT)

PAGE 1 OF PAGES 1

| | |
|---|---|
| 1. AMENDMENT OF: ☐ SOLICITATION | ☒ CONTRACT (AGREEMENT) |
| ·TATION / CONTRACT NUMBER: HQ 97-PZC-094 | AMENDMENT NUMBER: THIRTY-THREE (33) |

| | |
|---|---|
| **2. IF A SOLICITATION AMENDMENT** REFER TO SECTION 1 INSTRUCTIONS TO OFFERORS" ON REVERSE OF THIS FORM AND THE FOLLOWING AS INDICATED: | **3. IF A CONTRACT AMENDMENT** REFER TO SECTION II IINSTRUCTIONS TO CONTRACTORS" ON REVERSE OF THIS FORM AND THE FOLLOWING AS INDICATED: |
| ☐ a. The time and date specified for receipt of proposals is: ☐ Not extended ☐ Extended until (local time at place of receipt of proposals) Hour Date | ☐ a. The expiration date of the above contract is changed: FROM TO |
| ☐ b. The above solicitation is modified as set forth in Block 4 below. | ☒ b. The above contract is: ☐ Not further modified ☒ Modified as set forth in Block 4 below: |

**4. DESCRIPTION OF AMENDMENT**

**Project No. 0310-96-007, Expand Shopping Center, Ft. Eustis, VA**

**a. Pursuant to General Provisions, provide for the following change order:**

**CO#51- Extend brick pilasters and install fencing at cooler/freezer and loading dock area. INCREASE $16,143.00**

**Funding approved by CF-C/Bernhard/Aki on 10 Dec 99.**

**. .he total amount is changed from $6,217,422.00 to $6,233,565.00; an increase of $16,143.00.**

**c. The foregoing decrease/increase in contract price is in full settlement of all entitlements directly or indirectly arising out of these changes .**

**d. This amendment confirms agreement between the parties as to cost increase resulting from changes listed herein.**
**////////////////////////////////////////////////////////LAST ITEM//////////////////////////////////////////////////////////////////////////////////////////**

IN ALL OTHER RESPECTS, THE TERMS AND CONDITIONS OF THE SOLICITATION/CONTRACT, AS AMENDED, REMAIN IN FULL FORCE AND EFFECT.

## SIGNATURES

| 5. NAME AND ADDRESS OF OFFEROR/CONTRACTOR (Street, City, County, State and Zip Code) | | 6. ISSUED BY: | |
|---|---|---|---|
| C. D. Hayes, Inc.<br>1009 Executive Blvd., Suite 100<br>Chesapeake, VA 23320 | | ARMY AND AIR FORCE EXCHANGE SERVICE<br>ATTN: PZ-C (KE)<br>PO BOX 225887<br>DALLAS TX 75222-5887 | file<br>cc<br>CF-C<br>CF-S<br>KDD-2 |
| SIGNATURE OF PERSON AUTHORIZED TO SIGN<br>[signature] | DATE<br>1/3/00 | SIGNATURE OF CONTRACTING OFFICER<br>[signature] | DATE<br>7 JAN 00 |
| TYPED OR PRINTED NAME AND TITLE<br>CD Hayes Pres | | TYPED OR PRINTED NAME OF CONTRACTING OFFICER<br>PAUL M. KELLEHER, C.P.M. | |

*AAFES FORM 4400-18 (test) (PZ LAN version only)*

Army & Air Force Exchange Service

# AMENDMENT OF SOLICITATION/CONTRACT (AGREEMENT)

PAGE 1 OF PAGES 1

AMENDMENT OF: [ ] SOLICITATION [X] CONTRACT (AGREEMENT)

| S..ITATION / CONTRACT NUMBER: | AMENDMENT NUMBER: |
|---|---|
| HQ 97-PZC-094 | THIRTY-FOUR (34) |

**2. IF A SOLICITATION AMENDMENT**
REFER TO SECTION 1 INSTRUCTIONS TO OFFERORS" ON REVERSE OF THIS FORM AND THE FOLLOWING AS INDICATED:

[ ] a. The time and date specified for receipt of proposals is:

[ ] Not extended

[ ] Extended until (local time at place of receipt of proposals)
Hour ______ , Date ______

[ ] b. The above solicitation is modified as set forth in Block 4 below.

**3. IF A CONTRACT AMENDMENT**
REFER TO SECTION II IINSTRUCTIONS TO CONTRACTORS" ON REVERSE OF THIS FORM AND THE FOLLOWING AS INDICATED:

[X] a. The expiration date of the above contract is changed:
FROM 27 May 1999 TO 19 Jul 1999

[X] b. The above contract is:

[ ] Not further modified

[X] Modified as set forth in Block 4 below:

**4. DESCRIPTION OF AMENDMENT**

**Project No. 0310-96-007, Expand Shopping Center, Ft. Eustis, VA**

**a. Pursuant to General Provisions, provide for the following change order:**

**Contract time extended 53 calendar days.** **NO INCREASE**

**b. The total amount is unchanged and remains $6,233,565.00.**

**c. The foregoing decrease/increase in contract price is in full settlement of all entitlements directly or indirectly arising out of these changes .**

**d. This amendment confirms agreement between the parties as to cost increase resulting from change**
**////////////////////////////////////////LAST ITEM////////////////////////////////////////**

Not Signed

IN ALL OTHER RESPECTS, THE TERMS AND CONDITIONS OF THE SOLICITATION/CONTRACT, AS AMENDED, REMAIN IN FULL FORCE AND EFFECT.

SIGNATURES

| 5. NAME AND ADDRESS OF OFFEROR/CONTRACTOR (Street, City, County, State and Zip Code) | | 6. ISSUED BY: | |
|---|---|---|---|
| C. D. Hayes, Inc.<br>1009 Executive Blvd., Suite 100<br>Chesapeake, VA 23320 | | ARMY AND AIR FORCE EXCHANGE SERVICE<br>ATTN: PZ-C (KE)<br>PO BOX 225887<br>DALLAS TX 75222-5887 | |
| SIGNATURE OF PERSON AUTHORIZED TO SIGN | DATE | SIGNATURE OF CONTRACTING OFFICER | DATE |
| TYPED OR PRINTED NAME AND TITLE | | TYPED OR PRINTED NAME OF CONTRACTING OFFICER<br>PAUL M. KELLEHER, C.P.M. | |

*AAFES FORM 4400-18 (test) (PZ LAN version only)*

Army & Air Force Exchange Service

# AMENDMENT OF SOLICITATION/CONTRACT (AGREEMENT)

PAGE 1 OF PAGES 1

1. AMENDMENT OF: [ ] SOLICITATION [X] CONTRACT (AGREEMENT)

SOLICITATION / CONTRACT NUMBER: HQ 97-PZC-094

AMENDMENT NUMBER: THIRTY-FIVE (35)

**2. IF A SOLICITATION AMENDMENT**
"REFER TO SECTION 1 INSTRUCTIONS TO OFFERORS" ON REVERSE OF THIS FORM AND THE FOLLOWING AS INDICATED:

[ ] a. The time and date specified for receipt of proposals is:

[ ] Not extended

[ ] Extended until (local time at place of receipt of proposals)
Hour Date

[ ] b. The above solicitation is modified as set forth in Block 4 below.

**3. IF A CONTRACT AMENDMENT**
REFER TO SECTION II INSTRUCTIONS TO CONTRACTORS" ON REVERSE OF THIS FORM AND THE FOLLOWING AS INDICATED:

[ ] a. The expiration date of the above contract is changed:
FROM TO

[X] b. The above contract is:

[ ] Not further modified

[X] Modified as set forth in Block 4 below:

**4. DESCRIPTION OF AMENDMENT**

**Project No. 0310-96-007, Expand Shopping Center, Ft. Eustis, VA**

**a. Pursuant to General Provisions, provide for the following change orders:**

| | |
|---|---|
| **CO#93 -Install three (3) new floor outlets.** | **INCREASE $ 3,496.00** |
| **CO#99 -Brick in-fill at EJ.** | **INCREASE $ 202.00** |
| **CO#100-Remove additional asphalt in parking lot.** | **INCREASE $ 1,512.00** |
| **CO#102-Delete vinyl link mats.** | **INCREASE $ 2,016.00** |
| **CO#104-Additional parking lot lighting.** | **INCREASE $19,448.00** |

**Funding approved by CF-C/Bernhard/Aki on 18 Feb 00.**

**b. The total amount is changed from $6,233,565.00 to $6,256,207.00; an increase of $22,642.00. No time extension approved.**

**c. The foregoing increase in contract price is in full settlement of all entitlements directly or indirectly arising out of these changes.**

**d. This amendment confirms agreement between the parties as to cost increase resulting from changes listed herein.**

IN ALL OTHER RESPECTS, THE TERMS AND CONDITIONS OF THE SOLICITATION/CONTRACT, AS AMENDED, REMAIN IN FULL FORCE AND EFFECT.

SIGNATURES

5. NAME AND ADDRESS OF OFFEROR/CONTRACTOR (Street, City, County, State and Zip Code)

Travelers Casualty and Surety
ATTN: Bob Boldt, Manager, Surety
One Tower Square, Bond Claim 3PB
Hartford, CT 06183

6. ISSUED BY:

ARMY AND AIR FORCE EXCHANGE SERVICE
ATTN: PZ-C (DE)
2727 LBJ FREEWAY
DALLAS TX 75234

SIGNATURE OF PERSON AUTHORIZED TO SIGN: Robert A Boldt
DATE: 10/13/00

TYPED OR PRINTED NAME AND TITLE: Robert A. Boldt, Manager, Surety

SIGNATURE OF CONTRACTING OFFICER: [signature]
DATE: 10/22/00

TYPED OR PRINTED NAME OF CONTRACTING OFFICER: VIRGIL DeARMOND, Lt Col, USAF

AAFES FORM 4400-18 (test) (PZ LAN version only)

DA0049

PZ-C Fax:9-1-972-277-1684 May 2 '00 8:51 P.02/03

Army & Air Force Exchange Service

# AMENDMENT OF SOLICITATION/CONTRACT (AGREEMENT)

PAGE 1 OF PAG 1

1. AMENDMENT OF: [ ] SOLICITATION [X] CONTRACT (AGREEMENT)

SOLICITATION / CONTRACT NUMBER: HQ 97-PZC-094

AMENDMENT NUMBER: THIRTY-SIX (36)

2. IF A SOLICITATION AMENDMENT
REFER TO SECTION 1 INSTRUCTIONS TO OFFERORS" ON REVERSE OF THIS FORM AND THE FOLLOWING AS INDICATED:

[ ] a. The time and date specified for receipt of proposals is:

[ ] Not extended

[ ] Extended until (local time at place of receipt of proposals)

Hour ______ , Date ______

[ ] b. The above solicitation is modified as set forth in Block 4 below.

3. IF A CONTRACT AMENDMENT
REFER TO SECTION II INSTRUCTIONS TO CONTRACTORS" ON REVERSE OF THIS FORM AND THE FOLLOWING AS INDICATED:

[ ] a. The expiration date of the above contract is changed:
FROM ______ TO ______

[X] b. The above contract is:

[ ] Not further modified

[X] Modified as set forth in Block 4 below:

4. DESCRIPTION OF AMENDMENT

**Project No. 0310-96-007, Expand Shopping Center, Ft. Eustis, VA**

**a. Pursuant to General Provisions, provide for the following change orders:**

**CO#106 - Temporary trailers used by vendors on behalf of AAFES. INCREASE $109,083.00**

**Funding approved by CF-C/Aki on 2 May 00.**

**b. Settlement of CO#106 (aka RFP #106) and receipt of payment will result in contractor's foces returning to work the job-site.**

**c. The total amount is changed from $6,256,207.00 to $6,365,290.00; an increase of $109,083.00.** ~~No time extension approved.~~ CDH

**d. The foregoing decrease/increase in contract price is in full settlement of all entitlements directly or indirectly ari out of these changes .**

**e. This amendment confirms agreement between the parties as to cost increase resulting from changes listed here**
**//////////////////////////////////////////LAST ITEM//////////////////////////////////////////**

IN ALL OTHER RESPECTS, THE TERMS AND CONDITIONS OF THE SOLICITATION/CONTRACT, AS AMENDED, REMAIN IN FULL FORCE AND EFFECT.

SIGNATURES

5. NAME AND ADDRESS OF OFFEROR/CONTRACTOR (Street, City, County, State and Zip Code)

C. D. Hayes, Inc.
1009 Executive Blvd., Suite 100
Chesapeake, VA 23320

6. ISSUED BY:

ARMY AND AIR FORCE EXCHANGE SERVICE
ATTN: PZ-C (KE)
PO BOX 225887
DALLAS TX 75222-5887

SIGNATURE OF PERSON AUTHORIZED TO SIGN: [signature] DATE: 5/2/00

TYPED OR PRINTED NAME AND TITLE: C David Hayes Pres

SIGNATURE OF CONTRACTING OFFICER: [signature] DATE: 15 MAY 0[illegible]

TYPED OR PRINTED NAME OF CONTRACTING OFFICER: PAUL M. KELLEHER, C.P.M.

DA0050