# IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| **C.D. HAYES, INC.,**<br>Plaintiff,<br>v.<br>**THE UNITED STATES,**<br>Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | No. 01-376C<br>(Judge Sweeney) |

## PLAINTIFF'S MOTION FOR AN ENLARGEMENT OF TIME TO RESPOND TO DEFENDANT'S MOTION FOR SUMMARY JUDGMENT

Pursuant to Rule 6(b)(1) of the Rules of the United States Court of Federal Claims ("RCFC"), Plaintiff respectfully requests a 7-day enlargement of time, to and including March 6, 2008, within which to file a response to Defendant's Motion for Summary Judgment. This is our first request for an enlargement for this purpose. The reasons for the enlargement of time are:

1. Plaintiff and Defendant are seeking the necessary approvals to file a Stipulation of Voluntary Dismissal with Prejudice in this matter.

2. Plaintiff's attorney has had minor surgery this week.

3. It will take about 4-5 days for all the requisite signatures to be obtained and the Stipulation filed.

4. This will conclude the matter without the Court's need to consider the Motion for Summary Judgment.

5. Defendant consents to this enlargement of time.

For the foregoing reasons, Plaintiff respectfully requests that the Court grant this motion for an enlargement of 7 days, to and including March 6, 2008, within which to file a response to Defendant's motion for summary judgment.

Respectfully submitted, this 28th day of February, 2008.

THE YARBOROUGH LAW FIRM, P.A.

By: S/Garris Neil Yarborough
GARRIS NEIL YARBOROUGH
Plaintiff's Attorney
P.O. Box 705
Fayetteville, NC 28302
(910) 433-4433

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the Plaintiff's Motion for an Enlargement of Time to Respond to Defendant's Motion for Summary Judgment in the above-entitled action was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

This the 28th day of February, 2008.

THE YARBOROUGH LAW FIRM, P.A.

By: S/Garris Neil Yarborough
GARRIS NEIL YARBOROUGH
Plaintiff's Attorney
P.O. Box 705
Fayetteville, NC 28302
(910) 433-4433