# In the United States Court of Federal Claims

No. 01-376 C
(Filed: February 28, 2008)

************************************
C.D. HAYES, INC., *
*
Plaintiff, *
*
v. *
*
THE UNITED STATES, *
*
Defendant. *
************************************

## ORDER

On February 28, 2008, plaintiff in the above-captioned case filed Plaintiff's Motion for an Enlargement of Time to Respond to Defendant's Motion for Summary Judgment, seeking an additional seven days in which to file its response. Plaintiff explains that the parties intend to file a Stipulation of Voluntary Dismissal with Prejudice, and require an additional four to five days to obtain the necessary signatures. Plaintiff represents that defendant does not object to its motion. Accordingly, the court **GRANTS** the motion. Plaintiff shall file a response in opposition to defendant's motion for summary judgment **no later than Thursday, March 6, 2008**.

**IT IS SO ORDERED.**

s/ Margaret M. Sweeney
MARGARET M. SWEENEY
Judge