**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | | |
|---|---|---|
| C.D. HAYES, INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 01-376C |
| | ) | (Judge Margaret M. Sweeney) |
| THE UNITED STATES, | ) | |
| | ) | |
| Defendant. | ) | |

**STIPULATION OF VOLUNTARY DISMISSAL WITH PREJUDICE**

It is stipulated by the parties that this action is voluntarily dismissed with prejudice pursuant to Rule 41(a) of the Rules of the United States Court of Federal Claims. Each party shall bear their own costs, expenses, and attorney's fees.

Respectfully submitted:

THE YARBOROUGH LAW FIRM, P.A.

s/ Garris Neil Yarborough

GARRIS NEIL YARBOROUGH
P.O. Box 705
Fayetteville, NC 28302
(910) 433-4433

Attorney for Plaintiff

JEFFREY S. BUCHOLTZ
Acting Assistant Attorney General

JEANNE E. DAVIDSON
Director

s/ Harold D. Lester, Jr.

HAROLD D. LESTER, JR.
Assistant Director

s/ David A. Harrington

DAVID A. HARRINGTON
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit
8th Floor
1100 L Street, N.W.
Washington, D.C. 20530
(202) 616-465

Attorneys for Defendant

Date: March 4, 2008